# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 10-cv-6543
SCOTT CRESPO
v.
ANDY SETH, FARAZ JAKA, BENJAMIN LEFEW, MOHSIN
CHARANIA, RAVI RAGHAVAN, and TYLER REIMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SCOTT CRESPO

| NAME (Type or print) |  |
|---|---|
| MARK T. LAVERY | |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Mark T. Lavery |

| FIRM |
|---|
| Lavery Law Firm |

| STREET ADDRESS |
|---|
| 733 Lee, Suite 150 |

| CITY/STATE/ZIP |
|---|
| Des Plaines, IL 60016 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6271291 | 847-813-7771 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |