

# United States District Court
# Northern District of Illinois

In the Matter of

Scott Crespo

v.

Andy Seth, et al.

Senior Judge George M. Marovich

Case No. 10-CV-6543

Designated Magistrate Judge
George M. Marovich

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Harry D. Leinenweber to be related to 10 C 5378 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
**Judge George M. Marovich**

Date: Tuesday, January 04, 2011

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge George M. Marovich

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge James F. Holderman**

Dated: Wednesday, January 05, 2011

District Reassignment - Finding of Relatedness