# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Scott Crespo

                Plaintiff,

v.                               Case No.: 1:10–cv–06543
                                          Honorable George M. Marovich

Andy Seth, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 28, 2011:

      MINUTE entry before Honorable George M. Marovich:Plaintiff is given an extension of time to 1/31/2011 to file amended complaint. Plaintiff is given leave to file instanter amended complaint which is to be filed upon receipt of this order. Motion pursuant to Rule 12(B)(6) will be filed by 2/10/2011; response due by 3/3/2011; reply due by 3/17/2011; rule by mail. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.