## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT CRESPO, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 10 C 6543 |
| | ) | |
| v. | ) | |
| | ) | Judge Marovich |
| ANDY SETH, FARAZ JAKA, BENJAMIN | ) | |
| LEFEW, MOHSIN CHARANIA, | ) | |
| RAVI RAGHAVAN, and TYLER | ) | |
| REIMAN, | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff, SCOTT CRESPO, brings this complaint against Defendants Andy Seth, Mohsin Charania, Faraz Jaka, Benjamin LeFew, Ravia Raghavan, and Tyler Reiman – members of the illegal gambling organization and place known as Pokerhaus - seeking to recover third-party illegal poker gambling losses won by Defendants.

### Parties, Jurisdiction and Venue

1.      Plaintiff, Scott Crespo, is a "person" as defined by 720 ILCS 5/28-8(b) and is a citizen of the State of Florida.

2.      Each of the Defendants is diverse in citizenship from Plaintiff.  All Defendants except Seth are citizens of the State of Illinois, and Seth was at times relevant to this complaint either a citizen of the State of Illinois, or Nevada, as follows:

    a.  Seth is a citizen of either Illinois or Nevada.  Defendant claims to be a citizen of Nevada but Plaintiff's pre-suit investigation reveals that at relevant times he may have been a citizen of Illinois.  In any event, it is undisputed that Seth is not a citizen of Florida and never has been and thus is diverse in citizenship from Plaintiff regardless of whether he was/is domiciled in Illinois or Nevada.

1

b. Mohsin Charania is domiciled in the State of Illinois, and at all times relevant to this Complaint was a citizen of the State of Illinois.

c. Faraz Jaka is domiciled in the State of Illinois, and at all times relevant to this Complaint was a citizen of the State of Illinois.

d. Benjamin LeFew is domiciled in the State of Illinois, and at all times relevant to this Complaint was a citizen of the State of Illinois.

e. Jaka is domiciled in the State of Illinois, and at all times relevant to this Complaint was a citizen of the State of Illinois.

f. Tyler Reiman is domiciled in the State of Illinois, and at all times relevant to this Complaint was a citizen of the State of Illinois.

3.       This court has diversity jurisdiction under 28 U.S.C 1332 because the parties are citizens of different states and the matter in controversy exceeds $75,000.

4.       Venue is proper in this district under 28 U.S.C 1391 (a)(1), (a)(2), and/or (a)(3) as follows:

(a)       To the extent Defendant Seth is found to reside in this district, Defendants reside and/or can be found within this judicial district and thus venue is proper under 1391(a)(1) because the Northern District is "a judicial district where any defendant resides, if all defendants reside in the same State," and, alternatively and in addition

(2)       a substantial part of the events or omissions giving rise to the claim(s) occurred in this district and thus venue is proper under 28 U.S.C. 1391 (a)(2); and, alternatively and in addition,

2

(c)     The Northern District is a "judicial district in which any defendant [was]

subject to personal jurisdiction at the time the action [was] commenced, if

there is no district in which the action may otherwise be brought" and thus

venue is proper under 28 U.S.C. 1391 (a)(3).

**Violation of the Illinois Loss Act,**
**720 ILCS 5/28-1 *et seq.***
***(Against All Defendants, Individually & Jointly and Severally)***

5.     The State of Illinois has enacted a comprehensive civil and criminal legislative

scheme to regulate the conduct of gambling in the state in an effort to minimize and prevent the

numerous social harms that may result from the vice of gambling. These harms include cheating

and collusion, addiction, and exploitation of underage individuals. An important component of

the statutory and regulatory scheme is the Illinois Loss Recovery Act, 720 ILCS 5/28-1, *et seq.,*

which provides a cause of action by which anyone may sue and recover the total amount lost

from the winner of illegal gambling activity. *See,* 720 ILCS 5/28-8.

6.     720 ILCS 5/28-1 states in relevant part:

*A person commits gambling when he: (1) Plays a game of chance or skill for money or*

*other thing of value, unless excepted in subsection (b) of this Section…; or, (12) make[s]*

*a wager upon the result of any game, … by means of the Internet.*

7.     As more fully alleged herein, Defendants repeatedly played on-line poker for

money or other thing of value from the fall of 2006 to the present.

8.     Online poker is a game of chance or skill.

9.     Online poker involves making a wager upon the result of the game of poker by

means of the internet.

10.    Online poker is not exempted by 720 ILCS 5/28-1(b).

11.     At all times relevant to this Complaint Defendant committed "gambling" as defined by 720 ILCS 5-28-1(a)(1) and/or 720 ILCS 5/28-1(a)(12).

12.     Defendants are well-known online poker gamblers who play online poker at the following sites under the following usernames (See Exhibit B):

**Andy Seth**

a.     Seth plays at Pokerstars as BKiCe

b.     Seth Plays at Full Tilt as BKiCe

c.     Seth Plays as Bodog Poker as BKiCe

d.     Seth Plays at Absolute Poker as BKiCe

e.     Seth Plays at Ultimate Bet as BKiCe

**Mohsin Charania**

f.     Charania plays at PokerStars as sms9231

g.     Charania plays at Full Tilt as chicagocards1

h.     Charania Plays at Bodog Poker as aintifyne69

i.     Charania plays at UltimateBet as chicagocards1

j.     Charania plays at Absolute Poker as CHICAGOCARDS1

**Faraz Jaka**

k.     Jaka plays at PokerStars as The-Toilet 0

l.     Jaka plays at Full Tilt as The-Toilet 0

m.     Jaka plays at Bodog Poker as The_Toilet

n.     Jaka plays at Ultimate Bet as The-Toilet

o.     Jaka plays at Absolute Poker as THE-TOILET

p.     Jaka also plays at Absolute Poker as The_Toilet

**Benjamin LeFew**

q.      LeFew plays at PokerStars as Chong94

r.      LeFew plays at Full Tilt Poker as Chong94

**Ravi Raghavan**

s.      Raghavan plays at PokerStars as govshark2

t.      Raghavan plays at Full Tilt Poker as govshark2

u.      Raghavan plays at Bodog Poker as govshark2

v.      Raghavan plays at Ultimate Bet as govshark2

w.      Raghavan also plays at Ultimate Bet as SCHWAG2PURP

x.      Raghavan plays at Absolute Poker as SCHWAG2PURP

**Tyler Reiman**

y.      Reiman plays at PokerStars puffinmypurp

z.      Reiman plays at Full Tilt Poker GimmeDa1time

aa.     Reiman plays at Bodog Poker dabears87

bb.     Reiman plays at Ultimate Bet as keefking420

cc.     Reiman plays at Absolute Poker as IPUFFPURP

dd.     Reiman also at Absolute Poker as KEEFKING420

13.     Andy Seth is a well-known and featured member on Ultimate Bet for illegal gambling winnings. (*See* <u>Exhibit C</u>.)

14.     The Defendants, as members and operators of the Pokerhaus organization, are individually and jointly liable for their illegal poker winnings.

15.     Faraz Jaka has also been an organizer and leader of the Pokerhaus.

16.     Pokerhaus has organized its members into "teams."

5

17.     These teams included "Team BkIce" headed by Andy Seth, Jaka was a member of this team as was "imperior" from Chi-town.

18.     Tyler Reiman headed, "Team puff" and Ravi Raghavan was a member of this team.

19.     Benjamin Lefew headed, "Team Chong 94".

20.     It was reported on 1-02-2009 at www.thepokerhaus.com that in 2008 the teams won $6,411,503 in cashes.

21.     Seth stated about his team that, "we played the most tourneys, we played the highest avg buyin, we had the highest return on money invested, we won the most money".

22.     Pokerhaus members are not involved with any bona fide contests" but rather engage and have been involved in illegal cash game poker, illegal internet poker, underage drinking and drugs.

23.     Pokerhaus members use the pokerhaus website to facilitate illegal sports gambling, drinking and drug use, illegal money transmitting and to operate and coordinate illegal poker gambling and relating to vouching and backing and selling shares or interests in poker gambling.

24.     Seth and Jaka have organized events at several gambling places including at the original "Pokerhaus" premises, and later at the homes of various Pokerhaus members.

25.     For example, Faraz Jaka organized a meeting of Pokerhaus members in Champaign, Illinois in April 2008.

26.     Pokhaus members Jaka aka "The-Toilet," Andy Seth aka Bkice, Benjamin Lefew aka Chong94, Ravi Raghavan aka govshark2, were in attendance.

27.     A Pokerhaus member reported that he had "everything setup at my place (chips, cards, poker table, chairs)" in Champaign.

28.     Ravi Raghavan offered to host pokerhaus members and stated, "I live right by Chong and have an open couch, and open floor. Recommended to bring your own pillows and blankets, o yea, I GOTZ WEEDZ FO DAYS!!!!!!!! Fourth and green is the location if your interested."

29.     Bejamin Lefew also hosted Pokerhaus members and it was reported that, "everyone is smoking at chongs".

30.     Pokerhaus Defendants maintain a money trading forum on their website.

31.     This money trading forum is illegal and criminal.

32.     United States Code; Title 18  Part I  Chapter 95 Sec. 1960. - Prohibition of unlicensed money transmitting businesses, provides:

(a) Whoever knowingly conducts, controls, manages, supervises, directs, or owns all or part of an unlicensed money transmitting business, shall be fined in accordance with this title or imprisoned not more than 5 years, or both.
(b) As used in this section -
(1) the term "unlicensed money transmitting business " means a money transmitting business which affects interstate or foreign commerce in any manner or degree and -
(A)  is operated without an appropriate money transmitting license in a State where such operation is punishable as a misdemeanor or a felony under State law, whether or not the defendant knew that the operation was required to be licensed or that the operation was so punishable;
(B)  fails to comply with the money transmitting business registration requirements under section 5330 of title 31, United States Code, or regulations prescribed under such section; or
(C)  otherwise involves the transportation or transmission of funds that are known to the defendant to have been derived from a criminal offense or are intended to be used to be used [1] to promote or support unlawful activity;
(2)  the term "money transmitting " includes transferring funds on behalf of the public by any and all means including but not limited to transfers within this country or to locations abroad by wire, check, draft, facsimile, or courier; and
(3) the term "State " means any State of the United States, the District of Columbia, the Northern Mariana Islands, and any commonwealth, territory, or possession of the United States

33.     Pokerhaus Defendants conduct, control, manage supervise and direct an unlicensed money trasnsmitting business via the money trading forum.

34.     Pokerhaus Defendants money trading forum involves the transportation or transmission of funds that are known to the defendants to have been derived from a criminal offense or are intended to be used to be used to promote or support unlawful activity, namely illegal gambling.

35.     Andy Seth is involved is the transfer of funds via the Pokerhaus "money trading forum".

36.     For example, on June, 1, 2008, Andy Seth posted,looking to move up to 20k from tilt to stars im me, if you don't have my screenname it's a pretty safe bet i dont want to transfer with you, but you can send first on stars and post your sn in this thread and i will send on tilt when i get your $.

37.     In reply, an individual, known as Imperior from Chi-town, on information and belief, Chicago, posted, "I'll do 5k".

38.     Faraz Jaka is also involved in the money trading forum.

39.     Seth and Jaka were directly involved in the management of the unlawful money transmissions.

40.     Jaka also uses the pokerhaus internet website to sell "shares" in his live poker play.

41.     For example, on July 19, 2010, Jaka offerred shares in his play in a Macau poker tournament via the Pokerhaus website.

42.     Jaka is aware that online poker is illegal in the Unites States.

43.     Jaka also organized pokerhaus events in Illinois for May 12, 2009 through May 17, 2009.

44.     Jaka posted, "Bunch of us going to Chicago on May 12 tuesday for 2 days and then head down to U of I on Thursday May 14th n party it up till Sat night then grind Sundays together.

45.     Jaka's reference to "grind Sundays together" indicates that the Pokerhaus members would play together for Sunday poker gambling on the internet.

46.     Jaka, Ben Lefew aka Chong, and Tyler Reiman aka puffinmypurp, were in attendance at this May 2009 Illinois Meeting.

47.     In December 2009, Faraz Jaka relocated his main gambling place for pokerhaus members to meet in Chicago to his apartment in the Aqua Buliding in Chicago at 225 N. Columbus Drive.

48.     Jaka refers to the gambling place at 225 N. Columbus, Chicago, IL as "Brownie's Casino".

49.     Jaka has had poker chips made for "Brownie's Casino".

50.     Jaka also has a "grind setup" to operate computers to gamble on the internet operate located at 225 N. Columbus, Chicago, IL.

51.     Jaka lives in the Aqua building in Chicago on the 43rd floor.

52.     Jaka moved into the building around December 2009.

53.     For example, Faraz Jaka was playing poker online in Chicago, Illinois on the following dates: January 27, 2010, January 31, 2010, February 17, 2010, March 14, 2010, April 4, 2010, May 2, 2010, May  4, 2010, May  9, 2010, May  23, 2010, May  30, 2010.  According to the website "Pocket Fives" on these dates Jaka won the following amounts: January 27, 2010

($**2,009.70**), January 31, 2010 ($1,110.72, $478.32, $408.80, $984.24), February 17 ($217.62, $**2,808**), 2010, March 14, 2010 ($2,767.20, 251.20, 479.60), April 4, 2010 ($454.89, $**39,000**, $259.05), May 2, 2010 ($3,877.20, $**10,217.25**), May 4, 2010 ($606.89), May 9, 2010 ($40, $3,841.60), May 23, 2010 (202.11, May 30, 2010 (383.32, 1212.20). The amounts identified in bold are "major cashes" as identified by officialpokerrankings.com and are also alleged in the allegations dealing with Jaka below. Plaintiff seeks these winnings indentified in this paragraph in addition to all other amounts specified in this complaint and sought by Plaintiff.

54.     Jaka was operating his "grind setup" permitted him to operate gambling on internet sites that permit persons to play gambling games of poker on these dates.

55.     Jaka was also operating his grind setup to operate the pokerhaus website. For example, on April 5, 2010, Jaka posted in the money trading forum, "Looking to get around 10k over any increments 500 or larger are fine. Ship to The-Toilet 0 (chicago) on stars and post here and i'll get it to you as soon as i see it on here."

56.     In response to this post, Andy Seth stated on April 10, 2010, "thoughts on stooping these kinds of transfers (where one party sends and waits for the other to see it to send on another site) and just requiring anyone using this forum to ship simultaneously (i.e. both parties are online/waiting for the transfer and as soon as one party gets it they send on another site)? i don't see the benefit and as seen in this thread there can definitely be a downside, maybe i'm missing something though."

57.     As of the date of this Amended Complaint, Pokerhaus website continues to operate through the actions of Defendants to facilitate illegal gambling and to make Pokerhaus Defendants winners of poker gambling losses.

58.     720 ILCS 5/28-8 states in relevant part:

10

*Gambling losses recoverable. (a) Any person who by gambling shall lose to any other person, any sum of money or thing of value, amounting to the sum of $ 50 or more and shall pay or deliver the same or any part thereof, may sue for and recover the money or other thing of value, so lost and paid or delivered, in a civil action against the winner thereof, with costs, in the circuit court. No person who accepts from another person for transmission, and transmits, either in his own name or in the name of such other person, any order for any transaction to be made upon, or who executes any order given to him by another person, or who executes any transaction for his own account on, any regular board of trade or commercial, commodity or stock exchange, shall, under any circumstances, be deemed a "winner" of any moneys lost by such other person in or through any such transactions.*

*(b)      If within 6 months, such person who under the terms of Subsection 28-8(a) is entitled to initiate action to recover his losses does not in fact pursue his remedy, any person may initiate a civil action against the winner. The court or the jury, as the case may be, shall determine the amount of the loss. After such determination, the court shall enter a judgment of triple the amount so determined." (emphasis added).*

59.      Any conduct committed outside the State constitutes an attempt to commit an offense within the State of Illinois.

60.      Defendants have won money from gambling losers while playing poker in Illinois since at least 2008.

61.      Those persons who have lost $50 or more gambling with Defendant(s), and each of them, have not initiated action to recover losses against Defendant since six months prior to the filing of the original complaint or this amended complaint.

11

62.     Plaintiff is entitled to recover from Defendants, and each of them, gambling winnings paid by persons who have lost $50 or more gambling against Defendants since six months prior to the filing of the complaint, or before, going back for a period of 2 years.  Thus, as of the date of this filing Plaintiff seeks to recover from all Defendants, and each of them, the total amount of money lost, to them, through internet gambling – between the dates of April 12, 2008 and July 27, 2010 – with said amounts to be trebled as required by 720 ILCS 5/28-8(b). Plaintiff has specified the approximate dates of many of these amounts in further detail in this complaint, but Plaintiff seeks to recover all amounts recoverable within the two statute based on proofs adduced at trial and by pleading specific amounts in this complaint does not limit his claim or ability to recover other amounts based on discovery and trial.

63.     As defined by 720 ILCS 5/28-3, Defendants knowingly used real estate or property for the purposes of gambling.

64.     The Pokerhaus, located at 1103 South Busey Avenue, Urbana Champaign, Illinois 61801 was an illegal gambling place.

65.     The Defendants, as occupants and operators of the Pokerhaus, hosted gatherings to gamble by playing live and online poker.

66.     The Pokerhaus and its members committed acts of collusion and cheating while playing online poker.

67.     The Defendants have been members of the Pokerhaus organization and residents, guests, and/or operators of the Pokerhaus gambling premises and internet website.

68.     The Defendants have actively recruited other individuals to participate in illegal gambling activity.

69.    The Defendants operate the website www.thepokerhaus.com and post on its forum.

70.    Andy Seth is a primary operator of the Pokerhaus. He states in his profile's questionnaire at www.thepokerhaus.com:

"*who did you hear about the pokerhaus from? this is a gay question...*

*I AM the pokerhaus. and if you don't know,*

*NOW YA KNOW.*"

71.    The following are the applicable statutes quoted in full:

*(720 ILCS 5/28-3) (from Ch. 38, par. 28-3)*

*Sec. 28-3. Keeping a Gambling Place.*

*A**"gambling place"** is any real estate, vehicle, boat or any other property whatsoever used for the purposes of gambling other than gambling conducted in the manner authorized by the Riverboat Gambling Act. Any person who knowingly permits any premises or property owned or occupied by him or under his control to be used as a gambling place commits a Class A misdemeanor. Each subsequent offense is a Class 4 felony. When any premises is determined by the circuit court to be a gambling place:*

*(c) Such premises of any person who knowingly permits thereon a violation of any Section of this Article shall be held liable for, and may be sold to pay any unsatisfied judgment that may be recovered and any unsatisfied fine that may be levied under any Section of this Article.*

72.    Therefore, the Pokerhaus premises and property may be sold to pay any unsatisfied judgment that may be recovered under the Loss Act.

13

73.     Defendants are individually and jointly liable for any judgment that may be recovered by Plaintiff as a result of illegal gambling winnings.

74.     Before and during the commission of illegal gambling actions committed by Defendants, (*i.e.* gambling live and online; and establishing a gambling place and organization) Defendants intended to promote and facilitate these commissions, and solicited, aided, abetted, agreed, and/or attempted to aid the other Defendants in the planning and commission of these illegal gambling actions.

75.     The Defendants joined and established the Pokerhaus with the intent to commit illegal gambling actions.

76.     The Defendants joined and established the Pokerhaus with the intent to facilitate the commission of illegal gambling on its premises.

77.     The Defendants joined and established the Pokerhaus with the intent to operate an illegal gambling place.

78.     The Defendants joined and established the Pokerhaus with the intent to collude with each other and cheat opponents on the internet.

79.     The Defendants joined and established the Pokerhaus to encourage more individuals to conspire to commit illegal gambling actions.

80.     Furthermore, the statute states:

*(c) either before or during the commission of an offense, and with the intent to promote or facilitate that commission, he or she solicits, aids, abets, agrees, or attempts to aid that other person in the planning or commission of the offense.*

*When 2 or more persons engage in a common criminal design or agreement, any acts in the furtherance of that common design committed by one party are considered to be the*

*acts of all parties to the common design or agreement and all are equally responsible for*

*the consequences of those further acts. Mere presence at the scene of a crime does not*

*render a person accountable for an offense; a person's presence at the scene of a crime,*

*however, may be considered with other circumstances by the trier of fact when*

*determining accountability.*

81.     The Defendants engaged in a common criminal design or agreement to commit

acts of illegal gambling.

82.     The Defendants engaged in a common criminal design or agreement to establish

illegal gambling places in Illinois, including Chicago.

83.     The Defendants engaged in a common criminal design or agreement to collude

with one another in online poker to cheat their opponents for money.

84.     All Defendants are equally responsible for the consequences of the above-stated

acts.

85.     The potential for cheating and collusion is a major problem with internet

gambling and one of the reasons the State of Illinois has, in valid exercise of its police powers,

banned and criminalized internet gambling. For instance, on November 30th, 2008, 60 Minutes

reported a scandal involving a ring of company insiders at Absolute Poker who accessed security

accounts such that they could see the cards of other players at the table. (*See* www.cbsnews.com.

"How Online Gamblers Unmasked Cheaters" Nov. 30, 2008. 60 Minutes Report). This scheme

resulted in the unfair winnings of over $20,000,000, and as the report suggests, there is likely to

be even more cheating that is ongoing. Moreover, software is available that enables individuals to prey upon weak players, and stack the odds in cheater's favor[1].

86.     Online poker enables gambling addictions. For instance, the Illinois Institute for Addiction Recovery notes that a study conducted by Dr. Alec Roy concluded that pathological gambling is an addiction similar to a chemical addiction. See Alec Roy, MB, Arch Gen Psychiatry. 1988;45(4):369-373. The study showed pathological gamblers have lower levels of norepinephrine than normal gamblers. This brain chemical is secreted under stress, arousal, thrill and excitement; therefore, pathological gamblers may engage in activities such as gambling to increase their levels of norepinephrine. The illness of pathological gamblers is exploited by the play of illegal, unregulated on-line gambling and imposes social costs on citizens of Illinois. Too often, gambling addictions result in suicide. A survey of nearly 200 Gamblers Anonymous members in Illinois found that 66 percent had contemplated suicide, 79 percent had wanted to die, 45 percent had a definite plan to kill themselves, and 16 percent had actually attempted

---

[1] A few examples of this software include: Poker Crusher, which utilizes data mining software to compile, analyze, and report on the history and gambling strategy of individuals from numerous online poker websites. The software also locates the "softest tables" on the web that contains the most inexperienced players and those with the losing records; Poker Bot Pro, a computer program that does not require an individual to play online poker. The software simply enters online poker rooms and automatically begins making money for the owner; Pocket Aces, software that allows the online player to change his or her cards after they have been dealt; No Rules Poker, which allows a user to see his or her opponent's cards; Calculatem Pro, a software package that takes the skill and mental rigor out of the game by calculating the odds the cheater has at winning a particular pot. As the product description explains, calculatem eliminates confusion and enables you to "take your opponents for the most money possible;" Sit and Go Shark, which calculates the odds of each hand and the strategies of the table's players and provides step-by-step advice to have the mathematically highest possibility of winning the hand; and Holdemgenius, which functions as a skin over most online poker sites and enables you to easily play multiple tables at once with almost little mental effort. Like other software, holdemgenius calculates the odds of winning each hand and makes strategy recommendations for the player.

suicide. The Illinois Council on Compulsive Gambling reports that more than 20 Illinois residents have killed themselves as a result of a gambling addiction. (*See*, Henry R. Lesieur and Christopher W. Anderson, "Results of a 1995 Survey of Gamblers Anonymous Members in Illinois (N=184)," Illinois Council on Problem and Compulsive Gambling, 14 June 1995).

87.     A report prepared by Professor John W. Kindt, (University of Illinois) and Stephen W. Jay (Florida International University) states: "Utilizing the basic McDougal/Lasswell methodology of policy-oriented jurisprudence and applying these methods to the issues involving Internet gambling revealed that only a policy of "totally banning" Internet gambling was practically feasible. Exceptions eventually led to wide-open Internet gambling and an overwhelming litany of economic ills and social consequences—increased addicted gamblers, bankruptcies, and crime and corruption."

### Andy Seth

88.     On 4/27/2008, Seth and 269 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 240 persons lost the entire sum wagered. Seth won the sum of $11,029. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

89.     On 4/29/2008, Seth and 541 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 488 persons lost the entire sum wagered. Seth won the sum of $7,114. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled,

within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

90.     On 5/3/2008, Seth and 447 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 394 persons lost the entire sum wagered. Seth won the sum of $23,875. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

91.     On 5/9/2008, Seth and 728 other persons wagered the sum of $535 each to play in a game of online poker on the site www.fulltiltpoker.com. 648 persons lost the entire sum wagered. Seth won the sum of $27,338. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

92.     On 5/10/2008, Seth and 305 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 270 persons lost the entire sum wagered. Seth won the sum of $31,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

93.     On 5/10/2008, Seth and 235 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 206 persons lost the entire sum wagered. Seth won the sum of $3,990. None of the persons who lost and paid or delivered money

or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

94.    On 5/11/2008, Seth and 920 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 822 persons lost the entire sum wagered. Seth won the sum of $4,145. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

95.    On 5/11/2008, Seth and 6855 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 6356 persons lost the entire sum wagered. Seth won the sum of $4,388. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

96.    On 5/13/2008, Seth and 329 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 265 persons lost the entire sum wagered. Seth won the sum of $10,178. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

97.    On 6/2/2008, Seth and 690 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 628 persons lost the entire sum

19

wagered. Seth won the sum of $4,923. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

98.     On 6/8/2008, Seth and 701 other persons wagered the sum of $100 each to play in a game of online poker on the site www.bodog.com. 612 persons lost the entire sum wagered. Seth won the sum of $4,500. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

99.     On 7/16/2008, Seth and 102 other persons wagered the sum of $1,000 each to play in a game of online poker on the site www.absolutepoker.com. 85 persons lost the entire sum wagered. Seth won the sum of $3,605. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

100.     On 7/19/2008, Seth and 228 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 202 persons lost the entire sum wagered. Seth won the sum of $9,520. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

101.     On 7/21/2008, Seth and 620 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 549 persons lost the entire sum

wagered. Seth won the sum of $6,086. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

102.    On 7/27/2008, Seth and 919 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 830 persons lost the entire sum wagered. Seth won the sum of $20,010. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

103.    On 8/10/2008, Seth and 791 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 702 persons lost the entire sum wagered. Seth won the sum of $8,726. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

104.    On 8/13/2008, Seth and 769 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 698 persons lost the entire sum wagered. Seth won the sum of $5,977. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

105. On 9/1/2008, Seth and 611 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 540 persons lost the entire sum wagered. Seth won the sum of $3,305. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

106. On 9/4/2008, Seth and 256 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 230 persons lost the entire sum wagered. Seth won the sum of $32,945. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

107. On 9/8/2008, Seth and 317 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 270 persons lost the entire sum wagered. Seth won the sum of $2,862. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

108. On 9/10/2008, Seth and 346 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 307 persons lost the entire sum wagered. Seth won the sum of 8400. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled,

within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

109.     On 9/11/2008, Seth and 176 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 153 persons lost the entire sum wagered. Seth won the sum of $6,745. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

110.     On 9/11/2008, Seth and 364 other persons wagered the sum of $129 each to play in a game of online poker on the site www.fulltiltpoker.com. 329 persons lost the entire sum wagered. Seth won the sum of $2,555. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

111.     On 9/12/2008, Seth and 189 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 172 persons lost the entire sum wagered. Seth won the sum of $5,468. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

112.     On 9/13/2008, Seth and 217 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 186 persons lost the entire sum wagered. Seth won the sum of $5,341. None of the persons who lost and paid or delivered money

or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

113.    On 9/14/2008, Seth and 302 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 267 persons lost the entire sum wagered. Seth won the sum of $3,335. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

114.    On 9/17/2008, Seth and 350 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 311 persons lost the entire sum wagered. Seth won the sum of 8400. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

115.    On 9/17/2008, Seth and 108 other persons wagered the sum of $1,000 each to play in a game of online poker on the site www.absolutepoker.com. 91 persons lost the entire sum wagered. Seth won the sum of 7085. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

116.    On 9/18/2008, Seth and 366 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 331 persons lost the entire sum

wagered. Seth won the sum of $4,052. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

117.    On 9/18/2008, Seth and 167 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 150 persons lost the entire sum wagered. Seth won the sum of $4,685. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

118.    On 9/19/2008, Seth and 446 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 393 persons lost the entire sum wagered. Seth won the sum of $25,325. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

119.    On 9/21/2008, Seth and 629 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 558 persons lost the entire sum wagered. Seth won the sum of $3,950. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

120. On 9/21/2008, Seth and 188 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 174 persons lost the entire sum wagered. Seth won the sum of $5,200. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

121. On 9/28/2008, Seth and 455 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 402 persons lost the entire sum wagered. Seth won the sum of $9,442. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

122. On 9/28/2008, Seth and 776 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 705 persons lost the entire sum wagered. Seth won the sum of $4,557. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

123. On 10/6/2008, Seth and 656 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 594 persons lost the entire sum wagered. Seth won the sum of $2,153. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled,

within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

124.    On 10/12/2008, Seth and 360 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 325 persons lost the entire sum wagered. Seth won the sum of $7,088. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

125.    On 10/16/2008, Seth and 859 other persons wagered the sum of $320 each to play in a game of online poker on the site www.pokerstars.com. 761 persons lost the entire sum wagered. Seth won the sum of $13,545. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

126.    On 11/6/2008, Seth and 273 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 247 persons lost the entire sum wagered. Seth won the sum of $9,150. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

127.    On 11/19/2008, Seth and 692 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 612 persons lost the entire sum wagered. Seth won the sum of $3,701. None of the persons who lost and paid or delivered money

or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

128.    On 11/23/2008, Seth and 872 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 783 persons lost the entire sum wagered. Seth won the sum of $7,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

129.    On 12/25/2008, Seth and 156 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 139 persons lost the entire sum wagered. Seth won the sum of $4,667. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

130.    On 2/25/2009, Seth and 781 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 710 persons lost the entire sum wagered. Seth won the sum of $4,586. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

131.    On 3/1/2009, Seth and 551 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 498 persons lost the entire sum

wagered. Seth won the sum of $17,388. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

132.    On 3/14/2009, Seth and 629 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 558 persons lost the entire sum wagered. Seth won the sum of $11,907. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

133.    On 4/5/2009, Seth and 255 other persons wagered the sum of $535 each to play in a game of online poker on the site www.fulltiltpoker.com. 243 persons lost the entire sum wagered. Seth won the sum of $12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

134.    On 4/13/2009, Seth and 162 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 145 persons lost the entire sum wagered. Seth won the sum of $5,049. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

135.    On 4/18/2009, Seth and 80 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 77 persons lost the entire sum wagered. Seth won the sum of $12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

136.    On 4/24/2009, Seth and 230 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 204 persons lost the entire sum wagered. Seth won the sum of $6,006. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

137.    On 4/26/2009, Seth and 1430 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 1269 persons lost the entire sum wagered. Seth won the sum of $2,003. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

138.    On 5/10/2009, Seth and 953 other persons wagered the sum of $650 each to play in a game of online poker on the site www.pokerstars.com. 891 persons lost the entire sum wagered. Seth won the sum of $12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been

entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

139.    On 5/10/2009, Seth and 337 other persons wagered the sum of $117 each to play in a game of online poker on the site www.fulltiltpoker.com. 302 persons lost the entire sum wagered. Seth won the sum of $9,295. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

140.    On 5/15/2009, Seth and 236 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 210 persons lost the entire sum wagered. Seth won the sum of $2,311. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

141.    On 5/16/2009, Seth and 235 other persons wagered the sum of $650 each to play in a game of online poker on the site www.pokerstars.com. 222 persons lost the entire sum wagered. Seth won the sum of $12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

142.    On 5/16/2009, Seth and 561 other persons wagered the sum of $320 each to play in a game of online poker on the site www.pokerstars.com. 499 persons lost the entire sum wagered. Seth won the sum of $13,151. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

143.    On 5/18/2009, Seth and 163 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 146 persons lost the entire sum wagered. Seth won the sum of $4,100. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

144.    On 5/19/2009, Seth and 137 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 120 persons lost the entire sum wagered. Seth won the sum of $6,136. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

145.    On 5/24/2009, Seth and 3779 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 3280 persons lost the entire sum wagered. Seth won the sum of $4,536. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

146.    On 5/26/2009, Seth and 425 other persons wagered the sum of $117 each to play in a game of online poker on the site www.fulltiltpoker.com. 381 persons lost the entire sum

wagered. Seth won the sum of $5,943. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

147.    On 8/5/2009, Seth and 277 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 251 persons lost the entire sum wagered. Seth won the sum of $2,711. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

148.    On 8/12/2009, Seth and 149 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 123 persons lost the entire sum wagered. Seth won the sum of $6,502. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

149.    On 8/22/2009, Seth and 337 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 293 persons lost the entire sum wagered. Seth won the sum of $17,390. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

150.    On 8/23/2009, Seth and 947 other persons wagered the sum of $530 each to play in a game of online poker on the site www.pokerstars.com. 813 persons lost the entire sum wagered. Seth won the sum of $25,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

151.    On 8/23/2009, Seth and 503 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 432 persons lost the entire sum wagered. Seth won the sum of $10,457. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

152.    On 9/8/2009, Seth and 297 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 262 persons lost the entire sum wagered. Seth won the sum of $4,454. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

153.    On 9/11/2009, Seth and 2779 other persons wagered the sum of $215 or more each to play in a game of online poker on the site www.pokerstars.com. 2384 persons lost the entire sum wagered. Seth won the sum of $11,873. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would

have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

154.    On 10/20/2009, Seth and 474 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 412 persons lost the entire sum wagered. Seth won the sum of $3,705. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

155.    On 11/29/2009, Seth and 2793 other persons wagered the sum of $256 each to play in a game of online poker on the site www.fulltiltpoker.com. 2515 persons lost the entire sum wagered. Seth won the sum of $18,999. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

156.    On 12/27/2009, Seth and 9343 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 8844 persons lost the entire sum wagered. Seth won the sum of $3,644. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

157.    On 12/28/2009, Seth and 212 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 186 persons lost the entire sum wagered. Seth won the sum of $4,906. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

158.    On 2/1/2010, Seth and 941 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 816 persons lost the entire sum wagered. Seth won the sum of $4,946. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

159.    On 2/8/2010, Seth and 249 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 223 persons lost the entire sum wagered. Seth won the sum of $2,063. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

160.    On 6/19/2010, Seth and 174 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 148 persons lost the entire sum wagered. Seth won the sum of $7,525. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Seth, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

**Mohsin Charania**

161.    On 4/20/2008, Charania and 902 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 804 persons lost the entire sum wagered. Charania won the sum of $3,161. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

162.    On 4/25/2008, Charania and 430 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 377 persons lost the entire sum wagered. Charania won the sum of $4,310. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

163.    On 4/25/2008, Charania and 184 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 167 persons lost the entire sum wagered. Charania won the sum of $4,430. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

164.    On 5/7/2008, Charania and 251 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 207 persons lost the entire sum wagered. Charania won the sum of $4,053. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

165.    On 5/7/2008, Charania and 368 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 329 persons lost the entire sum wagered. Charania won the sum of $440.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

166.    On 5/11/2008, Charania and 771 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 692 persons lost the entire sum wagered. Charania won the sum of $28,000.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

167.    On 5/13/2008, Charania and 142 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 123 persons lost the entire sum wagered. Charania won the sum of $1,700.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

168.    On 5/14/2008, Charania and 329 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 290 persons lost the entire sum wagered. Charania won the sum of $440.00. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

169.     On 5/21/2008, Charania and 284 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 258 persons lost the entire sum wagered. Charania won the sum of $2,779. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

170.     On 5/21/2008, Charania and 343 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 304 persons lost the entire sum wagered. Charania won the sum of $440.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

171.     On 5/22/2008, Charania and 399 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 355 persons lost the entire sum wagered. Charania won the sum of $1,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

172.     On 6/6/2008, Charania and 233 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 207 persons lost the

entire sum wagered. Charania won the sum of $6,479. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

173.     On 6/17/2008, Charania and 258 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 229 persons lost the entire sum wagered. Charania won the sum of $320.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

174.     On 6/18/2008, Charania and 153 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 136 persons lost the entire sum wagered. Charania won the sum of $3,079. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

175.     On 6/18/2008, Charania and 332 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 293 persons lost the entire sum wagered. Charania won the sum of $12,000.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

176.    On 6/25/2008, Charania and 318 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 279 persons lost the entire sum wagered. Charania won the sum of $440.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

177.    On 6/26/2008, Charania and 132 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 113 persons lost the entire sum wagered. Charania won the sum of $2,300.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

178.    On 7/17/2008, Charania and 316 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 281 persons lost the entire sum wagered. Charania won the sum of $34,400. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

179.    On 7/27/2008, Charania and 465 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 421 persons lost the entire sum wagered. Charania won the sum of $22,029. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

180.     On 7/27/2008, Charania and 384 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 343 persons lost the entire sum wagered. Charania won the sum of $6,322. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

181.     On 8/6/2008, Charania and 394 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 355 persons lost the entire sum wagered. Charania won the sum of $680.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

182.     On 8/8/2008, Charania and 1052 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 936 persons lost the entire sum wagered. Charania won the sum of $8,292. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

183.     On 8/8/2008, Charania and 494 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 432 persons lost the entire sum wagered. Charania won the sum of $10,362. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

184.     On 8/20/2008, Charania and 340 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 301 persons lost the entire sum wagered. Charania won the sum of $600.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

185.     On 8/21/2008, Charania and 204 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 175 persons lost the entire sum wagered. Charania won the sum of $4,650.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

186.     On 8/28/2008, Charania and 200 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 171 persons lost the entire sum wagered. Charania won the sum of $240.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

187.     On 8/28/2008, Charania and 127 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 108 persons lost the entire sum

wagered. Charania won the sum of $200.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

188.     On 9/2/2008, Charania and 225 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 196 persons lost the entire sum wagered. Charania won the sum of $750.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

189.     On 9/3/2008, Charania and 371 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 332 persons lost the entire sum wagered. Charania won the sum of $600.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

190.     On 9/18/2008, Charania and 807 other persons wagered the sum of $320 each to play in a game of online poker on the site www.pokerstars.com. 719 persons lost the entire sum wagered. Charania won the sum of $18,750. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

191.    On 9/25/2008, Charania and 848 other persons wagered the sum of $320 each to play in a game of online poker on the site www.pokerstars.com. 750 persons lost the entire sum wagered. Charania won the sum of $34,385. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

192.    On 10/2/2008, Charania and 242 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 216 persons lost the entire sum wagered. Charania won the sum of $8,536. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

193.    On 10/6/2008, Charania and 201 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 178 persons lost the entire sum wagered. Charania won the sum of $6,646. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

194.    On 10/8/2008, Charania and 379 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 340 persons lost the entire sum wagered. Charania won the sum of $6,200.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

195.    On 10/15/2008, Charania and 549 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 496 persons lost the entire sum wagered. Charania won the sum of $3,919. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

196.    On 10/25/2008, Charania and 1064 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 912 persons lost the entire sum wagered. Charania won the sum of $1,092. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

197.    On 10/26/2008, Charania and 7414 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 6915 persons lost the entire sum wagered. Charania won the sum of $84,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

198.    On 11/3/2008, Charania and 332 other persons wagered the sum of $215 or more each to play in a game of online poker on the site www.pokerstars.com. 288 persons lost the entire sum wagered. Charania won the sum of $45,786. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

199.    On 11/5/2008, Charania and 426 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 377 persons lost the entire sum wagered. Charania won the sum of $440.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

200.    On 11/6/2008, Charania and 770 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 699 persons lost the entire sum wagered. Charania won the sum of $5,985. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

201.    On 11/8/2008, Charania and 431 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 378 persons lost the entire sum wagered. Charania won the sum of $30,550. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

202.    On 11/17/2008, Charania and 341 other persons wagered the sum of $215 or more each to play in a game of online poker on the site www.pokerstars.com. 297 persons lost the

entire sum wagered. Charania won the sum of $24,684. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

203.    On 11/26/2008, Charania and 366 other persons wagered the sum of $1050 each to play in a game of online poker on the site www.pokerstars.com. 322 persons lost the entire sum wagered. Charania won the sum of $44,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

204.    On 11/30/2008, Charania and 261 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 226 persons lost the entire sum wagered. Charania won the sum of $14,541.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

205.    On 12/7/2008, Charania and 375 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 340 persons lost the entire sum wagered. Charania won the sum of $3,273. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

206.     On 12/10/2008, Charania and 395 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 342 persons lost the entire sum wagered. Charania won the sum of $4,400.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

207.     On 12/22/2008, Charania and 728 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 657 persons lost the entire sum wagered. Charania won the sum of $3,390. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

208.     On 12/24/2008, Charania and 82 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.absolutepoker.com. 65 persons lost the entire sum wagered. Charania won the sum of $400.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

209.     On 12/24/2008, Charania and 250 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 206 persons lost the entire sum wagered. Charania won the sum of $1,250.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise

49

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

210.     On 12/28/2008, Charania and 935 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 837 persons lost the entire sum wagered. Charania won the sum of $280.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

211.     On 1/1/2009, Charania and 117 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 100 persons lost the entire sum wagered. Charania won the sum of $223.12. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

212.     On 1/6/2009, Charania and 923 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 816 persons lost the entire sum wagered. Charania won the sum of $10,395. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

213.     On 1/7/2009, Charania and 413 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 369 persons lost the entire sum wagered. Charania won the sum of $320.00. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

214.    On 1/12/2009, Charania and 375 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 340 persons lost the entire sum wagered. Charania won the sum of $14,652. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

215.    On 1/18/2009, Charania and 2108 other persons wagered the sum of $256 each to play in a game of online poker on the site www.fulltiltpoker.com. 1875 persons lost the entire sum wagered. Charania won the sum of $41,336. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

216.    On 1/18/2009, Charania and 1114 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.ultimatebet.com. 1007 persons lost the entire sum wagered. Charania won the sum of $48,502.50. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

217.    On 1/21/2009, Charania and 719 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 639 persons lost the entire sum

51

wagered. Charania won the sum of $7,272. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

218.    On 1/24/2009, Charania and 287 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 261 persons lost the entire sum wagered. Charania won the sum of $11,925. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

219.    On 1/28/2009, Charania and 225 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 202 persons lost the entire sum wagered. Charania won the sum of $6,933. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

220.    On 1/28/2009, Charania and 156 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.absolutepoker.com. 139 persons lost the entire sum wagered. Charania won the sum of $11,382.50. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

221.    On 1/31/2009, Charania and 272 other persons wagered the sum of $300 each to play in a game of online poker on the site www.absolutepoker.com. 237 persons lost the entire sum wagered. Charania won the sum of $25,000.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

222.    On 2/15/2009, Charania and 1089 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 982 persons lost the entire sum wagered. Charania won the sum of $959.20. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

223.    On 2/15/2009, Charania and 284 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 258 persons lost the entire sum wagered. Charania won the sum of $1,211.25. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

224.    On 2/16/2009, Charania and 300 other persons wagered the sum of $120 each to play in a game of online poker on the site www.absolutepoker.com. 265 persons lost the entire sum wagered. Charania won the sum of $182.10. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

225.    On 2/25/2009, Charania and 448 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 404 persons lost the entire sum wagered. Charania won the sum of $404.10. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

226.    On 2/25/2009, Charania and 154 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.absolutepoker.com. 137 persons lost the entire sum wagered. Charania won the sum of $41,075.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

227.    On 3/6/2009, Charania and 423 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 370 persons lost the entire sum wagered. Charania won the sum of $6,836. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

228.    On 3/11/2009, Charania and 143 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.absolutepoker.com. 126 persons lost the entire sum wagered. Charania won the sum of $17,625.00. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

229.    On 3/12/2009, Charania and 415 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 362 persons lost the entire sum wagered. Charania won the sum of $25,071. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

230.    On 3/23/2009, Charania and 321 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 286 persons lost the entire sum wagered. Charania won the sum of $10,940. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

231.    On 3/24/2009, Charania and 973 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 857 persons lost the entire sum wagered. Charania won the sum of $14,610. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

232.    On 3/26/2009, Charania and 832 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 752 persons lost the entire sum

wagered. Charania won the sum of $2,949. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

233.    On 4/11/2009, Charania and 521 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 468 persons lost the entire sum wagered. Charania won the sum of $8,809. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

234.    On 4/12/2009, Charania and 204 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 178 persons lost the entire sum wagered. Charania won the sum of $1,537.50. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

235.    On 4/13/2009, Charania and 434 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 390 persons lost the entire sum wagered. Charania won the sum of $10,206. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

236.     On 4/22/2009, Charania and 240 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 214 persons lost the entire sum wagered. Charania won the sum of $6,152. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

237.     On 4/26/2009, Charania and 992 other persons wagered the sum of $530 each to play in a game of online poker on the site www.pokerstars.com. 849 persons lost the entire sum wagered. Charania won the sum of $15,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

238.     On 5/10/2009, Charania and 2047 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 1792 persons lost the entire sum wagered. Charania won the sum of $16,794. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

239.     On 5/17/2009, Charania and 968 other persons wagered the sum of $650 each to play in a game of online poker on the site www.pokerstars.com. 907 persons lost the entire sum wagered. Charania won the sum of $12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

240.    On 5/19/2009, Charania and 175 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 152 persons lost the entire sum wagered. Charania won the sum of $10,925. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

241.    On 5/24/2009, Charania and 917 other persons wagered the sum of $650 each to play in a game of online poker on the site www.pokerstars.com. 870 persons lost the entire sum wagered. Charania won the sum of $12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

242.    On 5/25/2009, Charania and 110 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 96 persons lost the entire sum wagered. Charania won the sum of $4,386. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

243.    On 6/10/2009, Charania and 233 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 207 persons lost the entire sum wagered. Charania won the sum of $4,328. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

244.    On 6/19/2009, Charania and 737 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 648 persons lost the entire sum wagered. Charania won the sum of $11,070. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

245.    On 7/5/2009, Charania and 1269 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 1126 persons lost the entire sum wagered. Charania won the sum of $10,795. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

246.    On 7/5/2009, Charania and 464 other persons wagered the sum of $163 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 420 persons lost the entire sum wagered. Charania won the sum of $20,912. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

247.    On 7/21/2009, Charania and 388 other persons wagered the sum of $1050 each to play in a game of online poker on the site www.pokerstars.com. 344 persons lost the entire sum

wagered. Charania won the sum of $32,676. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

248.    On 7/21/2009, Charania and 354 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 310 persons lost the entire sum wagered. Charania won the sum of $12,672. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

249.    On 7/22/2009, Charania and 271 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 227 persons lost the entire sum wagered. Charania won the sum of $3,542. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

250.    On 7/25/2009, Charania and 209 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 180 persons lost the entire sum wagered. Charania won the sum of $1,260. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

251. On 7/27/2009, Charania and 434 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 390 persons lost the entire sum wagered. Charania won the sum of $4,652. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

252. On 8/4/2009, Charania and 103 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 89 persons lost the entire sum wagered. Charania won the sum of $4,624. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

253. On 8/11/2009, Charania and 453 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 400 persons lost the entire sum wagered. Charania won the sum of $26,612. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

254. On 8/16/2009, Charania and 5305 other persons wagered the sum of $535 each to play in a game of online poker on the site www.fulltiltpoker.com. 4806 persons lost the entire sum wagered. Charania won the sum of $10,612. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

255.     On 8/19/2009, Charania and 319 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 284 persons lost the entire sum wagered. Charania won the sum of $3,324. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

256.     On 9/2/2009, Charania and 320 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 285 persons lost the entire sum wagered. Charania won the sum of $5,760. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

257.     On 9/2/2009, Charania and 446 other persons wagered the sum of $117 each to play in a game of online poker on the site www.fulltiltpoker.com. 393 persons lost the entire sum wagered. Charania won the sum of $2,704. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

258.     On 9/7/2009, Charania and 477 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 424 persons lost the entire sum wagered. Charania won the sum of $31,763. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

259.     On 9/16/2009, Charania and 224 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 198 persons lost the entire sum wagered. Charania won the sum of $1,852. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

260.     On 9/20/2009, Charania and 2502 other persons wagered the sum of $320 each to play in a game of online poker on the site www.pokerstars.com. 2352 persons lost the entire sum wagered. Charania won the sum of $5,200. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

261.     On 10/8/2009, Charania and 307 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 272 persons lost the entire sum wagered. Charania won the sum of $19,926. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

262.     On 10/18/2009, Charania and 1725 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 1528 persons lost the entire

sum wagered. Charania won the sum of $5,610. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

263.    On 10/28/2009, Charania and 495 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 442 persons lost the entire sum wagered. Charania won the sum of $401.76. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

264.    On 11/1/2009, Charania and 1020 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 922 persons lost the entire sum wagered. Charania won the sum of $530.92. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

265.    On 11/3/2009, Charania and 719 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 648 persons lost the entire sum wagered. Charania won the sum of $20,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

266.    On 11/12/2009, Charania and 1079 other persons wagered the sum of $322 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 960 persons lost the entire sum wagered. Charania won the sum of $58,035. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

267.    On 11/13/2009, Charania and 293 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 267 persons lost the entire sum wagered. Charania won the sum of $8,970. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

268.    On 11/15/2009, Charania and 1045 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 947 persons lost the entire sum wagered. Charania won the sum of $7,217.40. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

269.    On 11/15/2009, Charania and 304 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 269 persons lost the entire sum wagered. Charania won the sum of $838.75. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

270.    On 11/24/2009, Charania and 240 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 214 persons lost the entire sum wagered. Charania won the sum of $14,276. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

271.    On 11/25/2009, Charania and 139 other persons wagered the sum of $100 each to play in a game of online poker on the site www.absolutepoker.com. 122 persons lost the entire sum wagered. Charania won the sum of $875.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

272.    On 11/29/2009, Charania and 1053 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 955 persons lost the entire sum wagered. Charania won the sum of $927.52. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

273.    On 12/7/2009, Charania and 135 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 118 persons lost the entire sum wagered. Charania won the sum of $12,000.00. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Charania, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to

recover their losses have done so.

274.     On 12/20/2009, Charania and 245 other persons wagered the sum of $100 each to

play in a game of online poker on the site www.absolutepoker.com. 219 persons lost the entire

sum wagered. Charania won the sum of $83,604.00. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Charania, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to

recover their losses have done so.

275.     On 12/23/2009, Charania and 139 other persons wagered the sum of $100 each to

play in a game of online poker on the site www.absolutepoker.com. 122 persons lost the entire

sum wagered. Charania won the sum of $5,680.00. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Charania, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to

recover their losses have done so.

276.     On 1/3/2010, Charania and 8899 other persons wagered the sum of $215 each to

play in a game of online poker on the site www.pokerstars.com. 8400 persons lost the entire sum

wagered. Charania won the sum of $9,256. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Charania, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their

losses have done so.

277.     On 1/20/2010, Charania and 237 other persons wagered the sum of $1000 each to

play in a game of online poker on the site www.absolutepoker.com. 209 persons lost the entire

sum wagered. Charania won the sum of $49,385. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

278.     On 1/30/2010, Charania and 1109 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 1002 persons lost the entire sum wagered. Charania won the sum of $6,319. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

279.     On 1/31/2010, Charania and 463 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 419 persons lost the entire sum wagered. Charania won the sum of $2,320. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

280.     On 2/3/2010, Charania and 189 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 166 persons lost the entire sum wagered. Charania won the sum of $8,143. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

281.    On 2/7/2010, Charania and 214 other persons wagered the sum of $100 each to play in a game of online poker on the site www.absolutepoker.com. 188 persons lost the entire sum wagered. Charania won the sum of $1,075.20. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

282.    On 2/18/2010, Charania and 836 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 738 persons lost the entire sum wagered. Charania won the sum of $4,394. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

283.    On 2/19/2010, Charania and 506 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 444 persons lost the entire sum wagered. Charania won the sum of $12,040. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

284.    On 3/7/2010, Charania and 190 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 155 persons lost the entire sum wagered. Charania won the sum of $9,060. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

285.    On 3/16/2010, Charania and 189 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 172 persons lost the entire sum wagered. Charania won the sum of $6,428. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

286.    On 3/18/2010, Charania and 147 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 130 persons lost the entire sum wagered. Charania won the sum of $4,865. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

287.    On 3/7/2010, Charania and 252 other persons wagered the sum of $100 each to play in a game of online poker on the site www.absolutepoker.com. 226 persons lost the entire sum wagered. Charania won the sum of 1551. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

288.    On 3/17/2010, Charania and 618 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 556 persons lost the entire sum wagered. Charania won the sum of $7,583. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

289.    On 3/24/2010, Charania and 136 other persons wagered the sum of $50 each to play in a game of online poker on the site www.absolutepoker.com. 118 persons lost the entire sum wagered. Charania won the sum of 1914. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

290.    On 3/28/2010, Charania and 202 other persons wagered the sum of $100 each to play in a game of online poker on the site www.absolutepoker.com. 176 persons lost the entire sum wagered. Charania won the sum of 1179. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

291.    On 3/30/2010, Charania and 657 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 595 persons lost the entire sum wagered. Charania won the sum of $11,104. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

292.    On 4/29/2010, Charania and 300 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 265 persons lost the

entire sum wagered. Charania won the sum of $5,649. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

293.    On 5/1/2010, Charania and 828 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 730 persons lost the entire sum wagered. Charania won the sum of $12,311. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

294.    On 5/5/2010, Charania and 136 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.absolutepoker.com. 119 persons lost the entire sum wagered. Charania won the sum of 2250. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

295.    On 5/9/2010, Charania and 1087 other persons wagered the sum of $2100 each to play in a game of online poker on the site www.pokerstars.com. 944 persons lost the entire sum wagered. Charania won the sum of $380,365. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

296.    On 5/30/2010, Charania and 993 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 877 persons lost the entire sum wagered. Charania won the sum of $10,156. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

297.    On 6/27/2010, Charania and 940 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 833 persons lost the entire sum wagered. Charania won the sum of $35,550. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

298.    On 6/27/2010, Charania and 243 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 217 persons lost the entire sum wagered. Charania won the sum of 18910. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

299.    On 6/29/2010, Charania and 292 other persons wagered the sum of $1060 each to play in a game of online poker on the site www.fulltiltpoker.com. 257 persons lost the entire sum wagered. Charania won the sum of $48,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Charania, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

### Faraz Jaka

300.     On 4/22/2008, Jaka and 370 other persons wagered the sum of $1,060 each to play in a game of online poker on the site www.fulltiltpoker.com. 335 persons lost the entire sum wagered. Jaka won the sum of $44,520. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

301.     On 4/27/2008, Jaka and 1686 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 1435 persons lost the entire sum wagered. Jaka won the sum of $2,531. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

302.     On 5/13/2008, Jaka and 579 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 517 persons lost the entire sum wagered. Jaka won the sum of $2,610. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

303.     On 5/17/2008, Jaka and 462 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 418 persons lost the entire

sum wagered. Jaka won the sum of $21,515. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

304.    On 5/18/2008, Jaka and 779 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 708 persons lost the entire sum wagered. Jaka won the sum of $4,575. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

305.    On 6/5/2008, Jaka and 552 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 499 persons lost the entire sum wagered. Jaka won the sum of $2,571. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

306.    On 6/23/2008, Jaka and 163 other persons wagered the sum of $109+ each to play in a game of online poker on the site www.fulltiltpoker.com. 146 persons lost the entire sum wagered. Jaka won the sum of $5,381. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

307.     On 6/28/2008, Jaka and 152 other persons wagered the sum of $109+ each to play in a game of online poker on the site www.fulltiltpoker.com. 138 persons lost the entire sum wagered. Jaka won the sum of $9,918. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

308.     On 7/2/2008, Jaka and 185 other persons wagered the sum of $222 or more each to play in a game of online poker on the site www.pokerstars.com. 159 persons lost the entire sum wagered. Jaka won the sum of $12,286. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

309.     On 7/10/2008, Jaka and 151 other persons wagered the sum of $109+ each to play in a game of online poker on the site www.fulltiltpoker.com. 134 persons lost the entire sum wagered. Jaka won the sum of $6,714. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

310.     On 7/14/2008, Jaka and 155 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 136 persons lost the entire sum wagered. Jaka won the sum of $1,700. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled,

within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

311.     On 7/26/2008, Jaka and 235 other persons wagered the sum of $109+ each to play in a game of online poker on the site www.fulltiltpoker.com. 208 persons lost the entire sum wagered. Jaka won the sum of $13,646. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

312.     On 8/13/2008, Jaka and 769 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 698 persons lost the entire sum wagered. Jaka won the sum of $3,453. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

313.     On 8/17/2008, Jaka and 4879 other persons wagered the sum of $535 each to play in a game of online poker on the site www.fulltiltpoker.com. 4380 persons lost the entire sum wagered. Jaka won the sum of $23,750. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

314.     On 8/30/2008, Jaka and 119 other persons wagered the sum of $800 each to play in a game of online poker on the site www.pokerstars.com. 105 persons lost the entire sum wagered. Jaka won the sum of $16,700. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

315.    On 8/30/2008, Jaka and 295 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 269 persons lost the entire sum wagered. Jaka won the sum of $7,740. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

316.    On 9/11/2008, Jaka and 566 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 504 persons lost the entire sum wagered. Jaka won the sum of $2,410. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

317.    On 10/8/2008, Jaka and 305 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 270 persons lost the entire sum wagered. Jaka won the sum of $7,349. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

318.    On 10/15/2008, Jaka and 183 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 164 persons lost the entire sum

wagered. Jaka won the sum of $2,539.20. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

319.    On 11/16/2008, Jaka and 990 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 874 persons lost the entire sum wagered. Jaka won the sum of $8,395. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

320.    On 11/16/2008, Jaka and 78 other persons wagered the sum of $163+ each to play in a game of online poker on the site www.fulltiltpoker.com. 434 persons lost the entire sum wagered. Jaka won the sum of $42,059. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

321.    On 11/19/2008, Jaka and 383 other persons wagered the sum of $1,050 each to play in a game of online poker on the site www.pokerstars.com. 339 persons lost the entire sum wagered. Jaka won the sum of $78,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

322.    On 11/29/2008, Jaka and 683 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 603 persons lost the entire sum wagered. Jaka won the sum of $2,223. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

323.    On 12/21/2008, Jaka and 987 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 898 persons lost the entire sum wagered. Jaka won the sum of $3,468. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

324.    On 12/25/2008, Jaka and 189 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 170 persons lost the entire sum wagered. Jaka won the sum of $5,400. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

325.    On 12/28/2008, Jaka and 1109 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 1002 persons lost the entire sum wagered. Jaka won the sum of $17,566. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been

entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

326.     On 12/29/2008, Jaka and 348 other persons wagered the sum of $215 or more each to play in a game of online poker on the site www.pokerstars.com. 304 persons lost the entire sum wagered. Jaka won the sum of $13,513. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

327.     On 1/31/2009, Jaka and 395 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 351 persons lost the entire sum wagered. Jaka won the sum of $27,105. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

328.     On 2/5/2009, Jaka and 602 other persons wagered the sum of $109+ each to play in a game of online poker on the site www.fulltiltpoker.com. 519 persons lost the entire sum wagered. Jaka won the sum of $55,277. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

329.     On 2/5/2009, Jaka and 1020 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 922 persons lost the entire sum wagered. Jaka won the sum of $22,207. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

330.    On 2/5/2009, Jaka and 157 other persons wagered the sum of $120 each to play in a game of online poker on the site www.absolutepoker.com. 140 persons lost the entire sum wagered. Jaka won the sum of $5,300. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

331.    On 2/7/2009, Jaka and 548 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 486 persons lost the entire sum wagered. Jaka won the sum of $11,798. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

332.    On 2/15/2009, Jaka and 5286 other persons wagered the sum of $535 each to play in a game of online poker on the site www.fulltiltpoker.com. 4787 persons lost the entire sum wagered. Jaka won the sum of $9,517. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

333.    On 3/5/2009, Jaka and 314 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 279 persons lost the entire

sum wagered. Jaka won the sum of $34,500. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

334.    On 3/8/2009, Jaka and 4084 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 3585 persons lost the entire sum wagered. Jaka won the sum of $8,170. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

335.    On 3/15/2009, Jaka and 252 other persons wagered the sum of $535 each to play in a game of online poker on the site www.fulltiltpoker.com. 240 persons lost the entire sum wagered. Jaka won the sum of $12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

336.    On 4/26/2009, Jaka and 1121 other persons wagered the sum of $650 each to play in a game of online poker on the site www.pokerstars.com. 1055 persons lost the entire sum wagered. Jaka won the sum of $12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

337.    On 5/3/2009, Jaka and 1196 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 1062 persons lost the entire sum wagered. Jaka won the sum of $15,920. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

338.    On 5/5/2009, Jaka and 224 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 189 persons lost the entire sum wagered. Jaka won the sum of $10,107. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

339.    On 5/30/2009, Jaka and 473 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 420 persons lost the entire sum wagered. Jaka won the sum of $11,625. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

340.    On 6/3/2009, Jaka and 123 other persons wagered the sum of $1,000 each to play in a game of online poker on the site www.absolutepoker.com. 106 persons lost the entire sum wagered. Jaka won the sum of $39,750. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been

entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

341.    On 6/10/2009, Jaka and 844 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 746 persons lost the entire sum wagered. Jaka won the sum of $23,766. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

342.    On 6/14/2009, Jaka and 1991 other persons wagered the sum of $256 each to play in a game of online poker on the site www.fulltiltpoker.com. 1803 persons lost the entire sum wagered. Jaka won the sum of $9,960. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

343.    On 6/21/2009, Jaka and 1033 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 985 persons lost the entire sum wagered. Jaka won the sum of $12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

344.    On 7/12/2009, Jaka and 1260 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 1117 persons lost the entire sum wagered. Jaka won the sum of $2,837. None of the persons who lost and paid or delivered money

or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

345.    On 7/26/2009, Jaka and 307 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 263 persons lost the entire sum wagered. Jaka won the sum of $20,066. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

346.    On 8/2/2009, Jaka and 4287 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 3788 persons lost the entire sum wagered. Jaka won the sum of $10,720. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

347.    On 8/5/2009, Jaka and 227 other persons wagered the sum of $1,000 each to play in a game of online poker on the site www.absolutepoker.com. 201 persons lost the entire sum wagered. Jaka won the sum of $7,980. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

348.    On 8/30/2009, Jaka and 1385 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 1224 persons lost the entire sum

wagered. Jaka won the sum of $50,118. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

349.    On 9/16/2009, Jaka and 635 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 564 persons lost the entire sum wagered. Jaka won the sum of $2,067. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

350.    On 9/18/2009, Jaka and 388 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 347 persons lost the entire sum wagered. Jaka won the sum of $18,516. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

351.    On 10/1/2009, Jaka and 381 other persons wagered the sum of $109+ each to play in a game of online poker on the site www.fulltiltpoker.com. 340 persons lost the entire sum wagered. Jaka won the sum of $17,061. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

352.     On 11/8/2009, Jaka and 596 other persons wagered the sum of $700 each to play in a game of online poker on the site www.pokerstars.com. 565 persons lost the entire sum wagered. Jaka won the sum of $15,130. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

353.     On 11/22/2009, Jaka and 561 other persons wagered the sum of $700 each to play in a game of online poker on the site www.pokerstars.com. 522 persons lost the entire sum wagered. Jaka won the sum of $15,130. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

354.     On 1/4/2010, Jaka and 1177 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 1070 persons lost the entire sum wagered. Jaka won the sum of $33,573. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

355.     On 2/17/2010, Jaka and 233 other persons wagered the sum of $1,000 each to play in a game of online poker on the site www.absolutepoker.com. 207 persons lost the entire sum wagered. Jaka won the sum of $2,808. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been

entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

356.    On 4/4/2010, Jaka and 263 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 237 persons lost the entire sum wagered. Jaka won the sum of $39,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

357.    On 5/3/2010, Jaka and 623 other persons wagered the sum of $109+ each to play in a game of online poker on the site www.fulltiltpoker.com. 561 persons lost the entire sum wagered. Jaka won the sum of $10,217. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

358.    On 5/24/2010, Jaka and 497 other persons wagered the sum of $700 each to play in a game of online poker on the site www.pokerstars.com. 460 persons lost the entire sum wagered. Jaka won the sum of $12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

359.    On 6/8/2010, Jaka and 596 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 534 persons lost the entire sum wagered. Jaka won the sum of $13,656. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

360.    On 7/25/2010, Jaka and 1563 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 1384 persons lost the entire sum wagered. Jaka won the sum of $7,038. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Jaka, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

**Benjamin LeFew**

361.    On 4/16/2008, LeFew and 209 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 183 persons lost the entire sum wagered. LeFew won the sum of $10,920. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

362.    On 4/22/2008, LeFew and 337 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 302 persons lost the entire sum wagered. LeFew won the sum of $2,535. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

363.    On 5/5/2008, LeFew and 200 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 177 persons lost the entire sum wagered. LeFew won the sum of $1,232. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

364.    On 5/13/2008, LeFew and 289 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 263 persons lost the entire sum wagered. LeFew won the sum of $15,080. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

365.    On 5/13/2008, LeFew and 1013 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 861 persons lost the entire sum wagered. LeFew won the sum of $2,434. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

366.    On 5/15/2008, LeFew and 157 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 140 persons lost the entire sum wagered. LeFew won the sum of $2,244. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would

have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

367.    On 6/2/2008, LeFew and 173 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 156 persons lost the entire sum wagered. LeFew won the sum of $4,080. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

368.    On 6/20/2008, LeFew and 187 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 164 persons lost the entire sum wagered. LeFew won the sum of $9,400. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

369.    On 9/25/2008, LeFew and 601 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 539 persons lost the entire sum wagered. LeFew won the sum of $1,973. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

370.    On 12/5/2008, LeFew and 659 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 597 persons lost the entire sum wagered. LeFew won the sum of $2,960. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

371.     On 12/8/2008, LeFew and 1032 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 925 persons lost the entire sum wagered. LeFew won the sum of $3,207. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

372.     On 3/2/2009, LeFew and 422 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 378 persons lost the entire sum wagered. LeFew won the sum of $5,288. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

373.     On 3/9/2009, LeFew and 900 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 811 persons lost the entire sum wagered. LeFew won the sum of $11,150. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

374.     On 3/12/2009, LeFew and 277 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 251 persons lost the entire sum

wagered. LeFew won the sum of $6,950. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

375.     On 3/29/2009, LeFew and 5016 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 4517 persons lost the entire sum wagered. LeFew won the sum of $12,417. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

376.     On 4/24/2009, LeFew and 335 other persons wagered the sum of $117 each to play in a game of online poker on the site www.fulltiltpoker.com. 300 persons lost the entire sum wagered. LeFew won the sum of $4,435. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

377.     On 4/27/2009, LeFew and 548 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 477 persons lost the entire sum wagered. LeFew won the sum of $10,376. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

378.    On 4/28/2009, LeFew and 1394 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 1179 persons lost the entire sum wagered. LeFew won the sum of $1,540. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

379.    On 4/29/2009, LeFew and 413 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 360 persons lost the entire sum wagered. LeFew won the sum of $1,801. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

380.    On 4/29/2009, LeFew and 215 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 189 persons lost the entire sum wagered. LeFew won the sum of $3,813. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

381.    On 5/9/2009, LeFew and 768 other persons wagered the sum of $59 each to play in a game of online poker on the site www.fulltiltpoker.com. 685 persons lost the entire sum wagered. LeFew won the sum of $7,440. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

382.    On 5/27/2009, LeFew and 1154 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 975 persons lost the entire sum wagered. LeFew won the sum of $6,757. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

383.    On 5/31/2009, LeFew and 168 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 151 persons lost the entire sum wagered. LeFew won the sum of $4,995. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

384.    On 6/17/2009, LeFew and 625 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 563 persons lost the entire sum wagered. LeFew won the sum of $6,104. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

385.    On 6/18/2009, LeFew and 461 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 417 persons lost the entire sum wagered. LeFew won the sum of $1,155. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

386.     On 6/28/2009, LeFew and 998 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 882 persons lost the entire sum wagered. LeFew won the sum of $3,247. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

387.     On 7/18/2009, LeFew and 787 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 698 persons lost the entire sum wagered. LeFew won the sum of $2,660. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

388.     On 7/18/2009, LeFew and 546 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 493 persons lost the entire sum wagered. LeFew won the sum of $2,544. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

389.     On 8/16/2009, LeFew and 669 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 586 persons lost the entire sum

wagered. LeFew won the sum of $6,518. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

390.    On 8/23/2009, LeFew and 195 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 178 persons lost the entire sum wagered. LeFew won the sum of $1,999. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

391.    On 8/29/2009, LeFew and 740 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 651 persons lost the entire sum wagered. LeFew won the sum of $13,894. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

392.    On 9/2/2009, LeFew and 454 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 401 persons lost the entire sum wagered. LeFew won the sum of $6,507. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

393.    On 9/6/2009, LeFew and 1246 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 1130 persons lost the entire sum wagered. LeFew won the sum of $54,868. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

394.    On 9/13/2009, LeFew and 9794 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 9295 persons lost the entire sum wagered. LeFew won the sum of $3,722. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

395.    On 9/20/2009, LeFew and 2143 other persons wagered the sum of $5200 each to play in a game of online poker on the site www.pokerstars.com. 1838 persons lost the entire sum wagered. LeFew won the sum of $375,200. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to LeFew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

396.    On 6/23/2010, Lefew and 752 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 663 persons lost the entire sum wagered. Lefew won the sum of 11295. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Lefew, and who otherwise would have been

entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

397.     On 6/16/2010, Lefew and 305 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 270 persons lost the entire sum wagered. Lefew won the sum of 1953. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Lefew, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

**Ravi Raghavan**

398.     On 4/29/2008, Raghavan and 260 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 234 persons lost the entire sum wagered. Raghavan won the sum of $1,892. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

399.     On 5/7/2008, Raghavan and 273 other persons wagered the sum of $322 each to play in a game of online poker on the site www.fulltiltpoker.com. 255 persons lost the entire sum wagered. Raghavan won the sum of $5,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

400.     On 5/14/2008, Raghavan and 994 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 842 persons lost the entire sum

wagered. Raghavan won the sum of $5,900. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

401.    On 5/16/2008, Raghavan and 314 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 270 persons lost the entire sum wagered. Raghavan won the sum of $3,395. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

402.    On 5/17/2008, Raghavan and 330 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 268 persons lost the entire sum wagered. Raghavan won the sum of $9,149. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

403.    On 5/17/2008, Raghavan and 206 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 179 persons lost the entire sum wagered. Raghavan won the sum of $1,061. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

404.    On 5/29/2008, Raghavan and 943 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 791 persons lost the entire sum wagered. Raghavan won the sum of $9,555. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

405.    On 6/14/2008, Raghavan and 322 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 287 persons lost the entire sum wagered. Raghavan won the sum of $2,062. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

406.    On 6/22/2008, Raghavan and 176 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 159 persons lost the entire sum wagered. Raghavan won the sum of $3,205. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

407.    On 6/23/2008, Raghavan and 400 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 347 persons lost the entire sum wagered. Raghavan won the sum of $8,642. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

408.    On 6/28/2008, Raghavan and 333 other persons wagered the sum of $322 each to play in a game of online poker on the site www.fulltiltpoker.com. 292 persons lost the entire sum wagered. Raghavan won the sum of $23,848. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

409.    On 7/7/2008, Raghavan and 220 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 197 persons lost the entire sum wagered. Raghavan won the sum of $5,348. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

410.    On 7/13/2008, Raghavan and 902 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 813 persons lost the entire sum wagered. Raghavan won the sum of $1,869. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

411.    On 7/27/2008, Raghavan and 4056 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 3557 persons lost the entire sum wagered. Raghavan won the sum of $86,739. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

412.    On 7/29/2008, Raghavan and 670 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 608 persons lost the entire sum wagered. Raghavan won the sum of $2,199. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

413.    On 8/2/2008, Raghavan and 233 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 198 persons lost the entire sum wagered. Raghavan won the sum of $2,399. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

414.    On 8/17/2008, Raghavan and 1477 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 1307 persons lost the entire sum wagered. Raghavan won the sum of $30,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

415.    On 9/5/2008, Raghavan and 648 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 586 persons lost the entire sum

wagered. Raghavan won the sum of $4,624. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

416.    On 9/15/2008, Raghavan and 311 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 276 persons lost the entire sum wagered. Raghavan won the sum of $1,872. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

417.    On 9/17/2008, Raghavan and 448 other persons wagered the sum of $129 each to play in a game of online poker on the site www.fulltiltpoker.com. 404 persons lost the entire sum wagered. Raghavan won the sum of $4,041. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

418.    On 9/19/2008, Raghavan and 365 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 330 persons lost the entire sum wagered. Raghavan won the sum of $1,281. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

419.     On 9/25/2008, Raghavan and 577 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 524 persons lost the entire sum wagered. Raghavan won the sum of $7,586. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

420.     On 9/28/2008, Raghavan and 836 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 756 persons lost the entire sum wagered. Raghavan won the sum of $10,672. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

421.     On 10/9/2008, Raghavan and 371 other persons wagered the sum of $0 each to play in a game of online poker on the site www.fulltiltpoker.com. 330 persons lost the entire sum wagered. Raghavan won the sum of $12,191. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

422.     On 10/9/2008, Raghavan and 137 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 123 persons lost the entire sum wagered. Raghavan won the sum of $4,455. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

423.    On 10/9/2008, Raghavan and 137 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 123 persons lost the entire sum wagered. Raghavan won the sum of $4455. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

424.    On 10/10/2008, Raghavan and 911 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 759 persons lost the entire sum wagered. Raghavan won the sum of $9,555. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

425.    On 10/11/2008, Raghavan and 302 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 213 persons lost the entire sum wagered. Raghavan won the sum of $1,714. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

426.    On 10/12/2008, Raghavan and 7306 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 6807 persons lost the entire sum wagered. Raghavan won the sum of $184,500. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

427.    On 10/22/2008, Raghavan and 586 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 533 persons lost the entire sum wagered. Raghavan won the sum of $7,704. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

428.    On 11/13/2008, Raghavan and 1031 other persons wagered the sum of $322 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 912 persons lost the entire sum wagered. Raghavan won the sum of $83,627. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

429.    On 12/1/2008, Raghavan and 305 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 270 persons lost the entire sum wagered. Raghavan won the sum of $32,460. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

430.    On 12/4/2008, Raghavan and 269 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 243 persons lost the entire sum

wagered. Raghavan won the sum of $9,496. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

431.    On 12/25/2008, Raghavan and 256 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 227 persons lost the entire sum wagered. Raghavan won the sum of $11,500. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

432.    On 2/7/2009, Raghavan and 548 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 486 persons lost the entire sum wagered. Raghavan won the sum of $16,731. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

433.    On 2/22/2009, Raghavan and 4047 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 3548 persons lost the entire sum wagered. Raghavan won the sum of $18,621. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

434.     On 2/22/2009, Raghavan and 516 other persons wagered the sum of $163 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 463 persons lost the entire sum wagered. Raghavan won the sum of $41,664. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

435.     On 2/28/2009, Raghavan and 679 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 617 persons lost the entire sum wagered. Raghavan won the sum of $11,495. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

436.     On 3/2/2009, Raghavan and 358 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 317 persons lost the entire sum wagered. Raghavan won the sum of $14,045. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

437.     On 3/9/2009, Raghavan and 332 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 288 persons lost the entire sum wagered. Raghavan won the sum of $12,673. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

438.     On 3/14/2009, Raghavan and 377 other persons wagered the sum of $322 each to play in a game of online poker on the site www.fulltiltpoker.com. 336 persons lost the entire sum wagered. Raghavan won the sum of $6,464. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

439.     On 3/19/2009, Raghavan and 53 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 46 persons lost the entire sum wagered. Raghavan won the sum of $1,750. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

440.     On 3/25/2009, Raghavan and 963 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 728 persons lost the entire sum wagered. Raghavan won the sum of $7,592. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

441.     On 3/29/2009, Raghavan and 382 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 347 persons lost the entire sum wagered. Raghavan won the sum of $1,771. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

442.    On 4/1/2009, Raghavan and 256 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 230 persons lost the entire sum wagered. Raghavan won the sum of $8,463. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

443.    On 4/5/2009, Raghavan and 1169 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 1035 persons lost the entire sum wagered. Raghavan won the sum of $13,978. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

444.    On 4/8/2009, Raghavan and 299 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 264 persons lost the entire sum wagered. Raghavan won the sum of $10,583. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

445.    On 4/14/2009, Raghavan and 652 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 590 persons lost the entire sum

wagered. Raghavan won the sum of $4,653. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

446.     On 4/15/2009, Raghavan and 664 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 602 persons lost the entire sum wagered. Raghavan won the sum of $8,728. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

447.     On 4/18/2009, Raghavan and 253 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 218 persons lost the entire sum wagered. Raghavan won the sum of $13,935. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

448.     On 4/23/2009, Raghavan and 671 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 609 persons lost the entire sum wagered. Raghavan won the sum of $4,788. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

449.     On 6/9/2009, Raghavan and 860 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 762 persons lost the entire sum wagered. Raghavan won the sum of $4,197. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

450.     On 7/14/2009, Raghavan and 312 other persons wagered the sum of $1060 each to play in a game of online poker on the site www.fulltiltpoker.com. 277 persons lost the entire sum wagered. Raghavan won the sum of $78,250. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

451.     On 7/19/2009, Raghavan and 565 other persons wagered the sum of $163 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 512 persons lost the entire sum wagered. Raghavan won the sum of $32,822. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

452.     On 7/22/2009, Raghavan and 486 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 133 persons lost the entire sum wagered. Raghavan won the sum of $350.64. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

453. On 7/23/2009, Raghavan and 249 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 214 persons lost the entire sum wagered. Raghavan won the sum of $8,595. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

454. On 7/30/2009, Raghavan and 349 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 305 persons lost the entire sum wagered. Raghavan won the sum of $27,749. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

455. On 8/14/2009, Raghavan and 286 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 242 persons lost the entire sum wagered. Raghavan won the sum of $7,645. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

456. On 8/16/2009, Raghavan and 1181 other persons wagered the sum of $530 each to play in a game of online poker on the site www.pokerstars.com. 1011 persons lost the entire sum wagered. Raghavan won the sum of $100,470. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

457.     On 8/18/2009, Raghavan and 659 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 579 persons lost the entire sum wagered. Raghavan won the sum of $9,042. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

458.     On 8/25/2009, Raghavan and 503 other persons wagered the sum of $117 each to play in a game of online poker on the site www.fulltiltpoker.com. 450 persons lost the entire sum wagered. Raghavan won the sum of $7,031. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

459.     On 8/26/2009, Raghavan and 182 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 165 persons lost the entire sum wagered. Raghavan won the sum of $2,039. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

460.     On 8/31/2009, Raghavan and 730 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 632 persons lost the entire sum

wagered. Raghavan won the sum of $3,838. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

461. On 9/5/2009, Raghavan and 1423 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 1262 persons lost the entire sum wagered. Raghavan won the sum of $3,204. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

462. On 9/5/2009, Raghavan and 556 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 491 persons lost the entire sum wagered. Raghavan won the sum of $4,035. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

463. On 9/7/2009, Raghavan and 702 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 631 persons lost the entire sum wagered. Raghavan won the sum of $1,582. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

464.    On 9/8/2009, Raghavan and 499 other persons wagered the sum of $129 each to play in a game of online poker on the site www.fulltiltpoker.com. 446 persons lost the entire sum wagered. Raghavan won the sum of $10,700. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

465.    On 9/11/2009, Raghavan and 487 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 416 persons lost the entire sum wagered. Raghavan won the sum of $4,102. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

466.    On 9/11/2009, Raghavan and 536 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 483 persons lost the entire sum wagered. Raghavan won the sum of $3,242. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

467.    On 9/15/2009, Raghavan and 779 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 690 persons lost the entire sum wagered. Raghavan won the sum of $14,625. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

468.     On 9/17/2009, Raghavan and 601 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 539 persons lost the entire sum wagered. Raghavan won the sum of $4,289. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

469.     On 9/18/2009, Raghavan and 216 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 193 persons lost the entire sum wagered. Raghavan won the sum of $7,656. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

470.     On 9/19/2009, Raghavan and 331 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 296 persons lost the entire sum wagered. Raghavan won the sum of $6,576. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

471.     On 9/28/2009, Raghavan and 283 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 239 persons lost the entire sum wagered. Raghavan won the sum of $13,197. None of the persons who lost and paid

or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

472.     On 9/29/2009, Raghavan and 306 other persons wagered the sum of $1060 each to play in a game of online poker on the site www.fulltiltpoker.com. 271 persons lost the entire sum wagered. Raghavan won the sum of $36,840. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

473.     On 9/30/2009, Raghavan and 2036 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 1731 persons lost the entire sum wagered. Raghavan won the sum of $16,296. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

474.     On 10/4/2009, Raghavan and 6939 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 6440 persons lost the entire sum wagered. Raghavan won the sum of $4,200. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

475.     On 10/9/2009, Raghavan and 336 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 292 persons lost the

entire sum wagered. Raghavan won the sum of $16,166. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

476.    On 10/9/2009, Raghavan and 264 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 235 persons lost the entire sum wagered. Raghavan won the sum of $12,985. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

477.    On 10/21/2009, Raghavan and 338 other persons wagered the sum of $1050 each to play in a game of online poker on the site www.pokerstars.com. 294 persons lost the entire sum wagered. Raghavan won the sum of $49,155. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

478.    On 10/25/2009, Raghavan and 618 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 556 persons lost the entire sum wagered. Raghavan won the sum of $3,831. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

479.    On 11/3/2009, Raghavan and 150 other persons wagered the sum of $50 each to play in a game of online poker on the site www.absolutepoker.com. 133 persons lost the entire sum wagered. Raghavan won the sum of $1,211.25. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

480.    On 11/4/2009, Raghavan and 256 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 212 persons lost the entire sum wagered. Raghavan won the sum of $5,371. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

481.    On 11/4/2009, Raghavan and 515 other persons wagered the sum of $129 each to play in a game of online poker on the site www.fulltiltpoker.com. 462 persons lost the entire sum wagered. Raghavan won the sum of $2,451. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

482.    On 11/7/2009, Raghavan and 367 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 314 persons lost the entire sum wagered. Raghavan won the sum of $5,393. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

483.    On 11/8/2009, Raghavan and 1004 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 906 persons lost the entire sum wagered. Raghavan won the sum of $1,708.50. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

484.    On 11/9/2009, Raghavan and 606 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 544 persons lost the entire sum wagered. Raghavan won the sum of $18,244. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

485.    On 11/12/2009, Raghavan and 330 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 295 persons lost the entire sum wagered. Raghavan won the sum of $22,625. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

486.    On 11/13/2009, Raghavan and 510 other persons wagered the sum of $129 each to play in a game of online poker on the site www.fulltiltpoker.com. 457 persons lost the entire sum wagered. Raghavan won the sum of $4,471. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

487.    On 11/15/2009, Raghavan and 18282 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 17783 persons lost the entire sum wagered. Raghavan won the sum of $4,205. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

488.    On 11/15/2009, Raghavan and 215 other persons wagered the sum of $100 each to play in a game of online poker on the site www.absolutepoker.com. 189 persons lost the entire sum wagered. Raghavan won the sum of $625.10. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

489.    On 11/28/2009, Raghavan and 301 other persons wagered the sum of $535 each to play in a game of online poker on the site www.fulltiltpoker.com. 266 persons lost the entire sum wagered. Raghavan won the sum of $9,906. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

490.    On 12/5/2009, Raghavan and 819 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 721 persons lost the entire sum

wagered. Raghavan won the sum of $6,150. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

491.    On 12/12/2009, Raghavan and 507 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 445 persons lost the entire sum wagered. Raghavan won the sum of $4,546. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

492.    On 12/13/2009, Raghavan and 959 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 870 persons lost the entire sum wagered. Raghavan won the sum of $360.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

493.    On 12/13/2009, Raghavan and 262 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 236 persons lost the entire sum wagered. Raghavan won the sum of $920.50. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

494.     On 12/23/2009, Raghavan and 118 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.absolutepoker.com. 101 persons lost the entire sum wagered. Raghavan won the sum of $1,875.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

495.     On 12/29/2009, Raghavan and 178 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 161 persons lost the entire sum wagered. Raghavan won the sum of $5,865. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

496.     On 12/30/2009, Raghavan and 161 other persons wagered the sum of $100 each to play in a game of online poker on the site www.absolutepoker.com. 144 persons lost the entire sum wagered. Raghavan won the sum of $1,999.75. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

497.     On 1/3/2010, Raghavan and 256 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 230 persons lost the entire sum wagered. Raghavan won the sum of $889.50. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

498. On 1/10/2010, Raghavan and 882 other persons wagered the sum of $530 each to play in a game of online poker on the site www.pokerstars.com. 757 persons lost the entire sum wagered. Raghavan won the sum of $48,500. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

499. On 1/23/2010, Raghavan and 230 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 201 persons lost the entire sum wagered. Raghavan won the sum of $10,626. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

500. On 1/23/2010, Raghavan and 449 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 396 persons lost the entire sum wagered. Raghavan won the sum of $29,279. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

501. On 1/24/2010, Raghavan and 350 other persons wagered the sum of $266 each to play in a game of online poker on the site www.fulltiltpoker.com. 315 persons lost the entire sum wagered. Raghavan won the sum of $21,938. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their

losses have done so.

502.    On 1/31/2010, Raghavan and 206 other persons wagered the sum of $500 each to

play in a game of online poker on the site www.absolutepoker.com. 183 persons lost the entire

sum wagered. Raghavan won the sum of $12,575.25. None of the persons who lost and paid or

delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to

recover their losses have done so.

503.    On 1/31/2010, Raghavan and 1306 other persons wagered the sum of $1000 each

to play in a game of online poker on the site www.absolutepoker.com. 1172 persons lost the

entire sum wagered. Raghavan won the sum of $1,437.70. None of the persons who lost and paid

or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to

recover their losses have done so.

504.    On 2/10/2010, Raghavan and 371 other persons wagered the sum of $109 or more

each to play in a game of online poker on the site www.pokerstars.com. 327 persons lost the

entire sum wagered. Raghavan won the sum of $14,674. None of the persons who lost and paid

or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to

recover their losses have done so.

505.    On 2/14/2010, Raghavan and 389 other persons wagered the sum of $215 each to

play in a game of online poker on the site www.pokerstars.com. 327 persons lost the entire sum

wagered. Raghavan won the sum of $7,995. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

506.    On 3/10/2010, Raghavan and 374 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 330 persons lost the entire sum wagered. Raghavan won the sum of $6,075. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

507.    On 4/1/2010, Raghavan and 267 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 241 persons lost the entire sum wagered. Raghavan won the sum of $19,136. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

508.    On 4/15/2010, Raghavan and 864 other persons wagered the sum of $320 each to play in a game of online poker on the site www.pokerstars.com. 766 persons lost the entire sum wagered. Raghavan won the sum of $5,709. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

509.    On 4/18/2010, Raghavan and 1714 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 1526 persons lost the entire sum wagered. Raghavan won the sum of $10,547. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

510.    On 4/20/2010, Raghavan and 578 other persons wagered the sum of $117 each to play in a game of online poker on the site www.fulltiltpoker.com. 525 persons lost the entire sum wagered. Raghavan won the sum of $4,560. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

511.    On 4/20/2010, Raghavan and 148 other persons wagered the sum of $300 each to play in a game of online poker on the site www.absolutepoker.com. 137 persons lost the entire sum wagered. Raghavan won the sum of $1,625. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

512.    On 4/24/2010, Raghavan and 220 other persons wagered the sum of $300 each to play in a game of online poker on the site www.absolutepoker.com. 194 persons lost the entire sum wagered. Raghavan won the sum of $17,238. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

513.    On 4/30/2010, Raghavan and 556 other persons wagered the sum of $535 each to play in a game of online poker on the site www.fulltiltpoker.com. 476 persons lost the entire sum wagered. Raghavan won the sum of $19,250. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

514.    On 5/3/2010, Raghavan and 983 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 894 persons lost the entire sum wagered. Raghavan won the sum of $33,948. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

515.    On 5/5/2010, Raghavan and 565 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 503 persons lost the entire sum wagered. Raghavan won the sum of $16,131. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

516.    On 5/6/2010, Raghavan and 543 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 490 persons lost the entire sum wagered. Raghavan won the sum of $22,032. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

517.    On 5/10/2010, Raghavan and 372 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 319 persons lost the entire sum wagered. Raghavan won the sum of $18,902. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

518.    On 5/10/2010, Raghavan and 628 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 557 persons lost the entire sum wagered. Raghavan won the sum of $32,409. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

519.    On 6/19/2010, Raghavan and 322 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 287 persons lost the entire sum wagered. Raghavan won the sum of $6,913. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

520.    On 7/18/2010, Raghavan and 254 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 228 persons lost the entire

sum wagered. Raghavan won the sum of $19,762.50. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Raghavan, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

### Tyler Reiman

521.    On 5/4/2008, Reiman and 412 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 368 persons lost the entire sum wagered. Reiman won the sum of $29,814. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

522.    On 5/8/2008, Reiman and 477 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 424 persons lost the entire sum wagered. Reiman won the sum of $20,139. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

523.    On 6/2/2008, Reiman and 166 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 149 persons lost the entire sum wagered. Reiman won the sum of $5,049. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

524.    On 8/9/2008, Reiman and 259 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 224 persons lost the entire sum wagered. Reiman won the sum of $9,000.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

525.    On 8/16/2008, Reiman and 278 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 243 persons lost the entire sum wagered. Reiman won the sum of $1,800.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

526.    On 8/17/2008, Reiman and 809 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 720 persons lost the entire sum wagered. Reiman won the sum of $33,740. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

527.    On 8/21/2008, Reiman and 661 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 599 persons lost the entire sum wagered. Reiman won the sum of $3,078. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

528.    On 8/23/2008, Reiman and 267 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 241 persons lost the entire sum wagered. Reiman won the sum of $15,180. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

529.    On 8/24/2008, Reiman and 998 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 882 persons lost the entire sum wagered. Reiman won the sum of $8,224. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

530.    On 10/26/2008, Reiman and 1712 other persons wagered the sum of $256 each to play in a game of online poker on the site www.fulltiltpoker.com. 1524 persons lost the entire sum wagered. Reiman won the sum of $20,650. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

531.    On 11/29/2008, Reiman and 207 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 181 persons lost the entire sum wagered. Reiman won the sum of $4,056. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

532.    On 2/1/2009, Reiman and 837 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 739 persons lost the entire sum wagered. Reiman won the sum of $640.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

533.    On 2/11/2009, Reiman and 466 other persons wagered the sum of $1050 each to play in a game of online poker on the site www.pokerstars.com. 413 persons lost the entire sum wagered. Reiman won the sum of $49,035. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

534.    On 2/25/2009, Reiman and 726 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 655 persons lost the entire sum wagered. Reiman won the sum of $12,268. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

535.    On 2/28/2009, Reiman and 728 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 648 persons lost the entire sum

wagered. Reiman won the sum of $14,981. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

536.    On 3/7/2009, Reiman and 152 other persons wagered the sum of $800 each to play in a game of online poker on the site www.pokerstars.com. 142 persons lost the entire sum wagered. Reiman won the sum of $18,800. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

537.    On 3/29/2009, Reiman and 147 other persons wagered the sum of $215 or more each to play in a game of online poker on the site www.pokerstars.com. 120 persons lost the entire sum wagered. Reiman won the sum of $18,800. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

538.    On 5/9/2009, Reiman and 210 other persons wagered the sum of $650 each to play in a game of online poker on the site www.pokerstars.com. 185 persons lost the entire sum wagered. Reiman won the sum of $12,000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

539.    On 6/9/2009, Reiman and 287 other persons wagered the sum of $1050 each to play in a game of online poker on the site www.pokerstars.com. 252 persons lost the entire sum wagered. Reiman won the sum of $32,544. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

540.    On 6/11/2009, Reiman and 356 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 315 persons lost the entire sum wagered. Reiman won the sum of $34,415. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

541.    On 7/28/2009, Reiman and 400 other persons wagered the sum of $1060 each to play in a game of online poker on the site www.fulltiltpoker.com. 356 persons lost the entire sum wagered. Reiman won the sum of $100,250. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

542.    On 7/28/2009, Reiman and 1137 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 967 persons lost the entire sum wagered. Reiman won the sum of $2,418. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

543.    On 7/30/2009, Reiman and 360 other persons wagered the sum of $129 each to play in a game of online poker on the site www.fulltiltpoker.com. 325 persons lost the entire sum wagered. Reiman won the sum of $9,025. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

544.    On 8/12/2009, Reiman and 592 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 539 persons lost the entire sum wagered. Reiman won the sum of $5,782. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

545.    On 8/14/2009, Reiman and 448 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 404 persons lost the entire sum wagered. Reiman won the sum of $2,788. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

546.    On 8/19/2009, Reiman and 680 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 618 persons lost the entire sum wagered. Reiman won the sum of $4,852. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

547.     On 8/19/2009, Reiman and 737 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 648 persons lost the entire sum wagered. Reiman won the sum of $13,838. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

548.     On 9/6/2009, Reiman and 678 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 616 persons lost the entire sum wagered. Reiman won the sum of $13,473. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

549.     On 9/7/2009, Reiman and 960 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 871 persons lost the entire sum wagered. Reiman won the sum of $15,496. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

550.     On 9/8/2009, Reiman and 447 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 397 persons lost the

entire sum wagered. Reiman won the sum of $17,210. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

551.    On 9/9/2009, Reiman and 360 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 319 persons lost the entire sum wagered. Reiman won the sum of $4,115. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

552.    On 9/11/2009, Reiman and 500 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 447 persons lost the entire sum wagered. Reiman won the sum of $10,521. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

553.    On 9/23/2009, Reiman and 380 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 336 persons lost the entire sum wagered. Reiman won the sum of $6,545. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

554.    On 11/1/2009, Reiman and 266 other persons wagered the sum of $500 each to play in a game of online poker on the site www.ultimatebet.com. 240 persons lost the entire sum wagered. Reiman won the sum of $590.04. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

555.    On 11/4/2009, Reiman and 595 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 533 persons lost the entire sum wagered. Reiman won the sum of $534.60. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

556.    On 12/1/2009, Reiman and 560 other persons wagered the sum of $117 each to play in a game of online poker on the site www.fulltiltpoker.com. 507 persons lost the entire sum wagered. Reiman won the sum of $12,623. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

557.    On 12/16/2009, Reiman and 149 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.ultimatebet.com. 132 persons lost the entire sum wagered. Reiman won the sum of $39,750.00. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise

would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

558.    On 12/21/2009, Reiman and 958 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 869 persons lost the entire sum wagered. Reiman won the sum of $4,316. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

559.    On 12/27/2009, Reiman and 757 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 650 persons lost the entire sum wagered. Reiman won the sum of $8,088. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

560.    On 12/16/2009, Reiman and 149 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.absolutepoker.com. 132 persons lost the entire sum wagered. Reiman won the sum of $39,750. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

561.    On 1/20/2010, Reiman and 911 other persons wagered the sum of $59 each to play in a game of online poker on the site www.fulltiltpoker.com. 810 persons lost the entire sum wagered. Reiman won the sum of $8,762. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

562. On 1/20/2010, Reiman and 1102 other persons wagered the sum of $300 each to play in a game of online poker on the site www.absolutepoker.com. 995 persons lost the entire sum wagered. Reiman won the sum of $65,488.41. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

563. On 2/1/2010, Reiman and 682 other persons wagered the sum of $117 each to play in a game of online poker on the site www.fulltiltpoker.com. 620 persons lost the entire sum wagered. Reiman won the sum of $18,407. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

564. On 2/6/2010, Reiman and 496 other persons wagered the sum of $322 each to play in a game of online poker on the site www.fulltiltpoker.com. 443 persons lost the entire sum wagered. Reiman won the sum of $21,620. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

565. On 2/7/2010, Reiman and 206 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 171 persons lost the

entire sum wagered. Reiman won the sum of $13,264. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

566.    On 2/20/2010, Reiman and 323 other persons wagered the sum of $535 each to play in a game of online poker on the site www.fulltiltpoker.com. 288 persons lost the entire sum wagered. Reiman won the sum of $7,517. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

567.    On 3/7/2010, Reiman and 1251 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 1108 persons lost the entire sum wagered. Reiman won the sum of $19,814. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

568.    On 3/13/2010, Reiman and 403 other persons wagered the sum of $117 each to play in a game of online poker on the site www.fulltiltpoker.com. 359 persons lost the entire sum wagered. Reiman won the sum of $11,110. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

569.    On 3/14/2010, Reiman and 1250 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 1107 persons lost the entire sum wagered. Reiman won the sum of $62,569. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

570.    On 3/17/2010, Reiman and 147 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.absolutepoker.com. 130 persons lost the entire sum wagered. Reiman won the sum of $7,125. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

571.    On 1/20/2010, Reiman and 1102 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.ultimatebet.com. 995 persons lost the entire sum wagered. Reiman won the sum of $65,488.41. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

572.    On 3/17/2010, Reiman and 147 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.ultimatebet.com. 130 persons lost the entire sum wagered. Reiman won the sum of $7,125. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have

146

been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

573.    On 3/31/2010, Reiman and 175 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.ultimatebet.com. 158 persons lost the entire sum wagered. Reiman won the sum of $10,560. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

574.    On 4/11/2010, Reiman and 1043 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 945 persons lost the entire sum wagered. Reiman won the sum of $3,549.60. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

575.    On 4/12/2010, Reiman and 370 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 329 persons lost the entire sum wagered. Reiman won the sum of $23,657. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

576.    On 4/18/2010, Reiman and 254 other persons wagered the sum of $947 each to play in a game of online poker on the site www.pokerstars.com. 230 persons lost the entire sum wagered. Reiman won the sum of $18,272. None of the persons who lost and paid or delivered

money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

577.    On 4/25/2010, Reiman and 7293 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 6794 persons lost the entire sum wagered. Reiman won the sum of $20,423. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

578.    On 4/25/2010, Reiman and 317 other persons wagered the sum of $500 each to play in a game of online poker on the site www.ultimatebet.com. 282 persons lost the entire sum wagered. Reiman won the sum of $8,347.50. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

579.    On 5/3/2010, Reiman and 612 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 541 persons lost the entire sum wagered. Reiman won the sum of $17,179. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

580.    On 5/4/2010, Reiman and 354 other persons wagered the sum of $1,060 each to play in a game of online poker on the site www.fulltiltpoker.com. 319 persons lost the entire sum

wagered. Reiman won the sum of $42,600. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

581.    On 5/16/2010, Reiman and 14395 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 13896 persons lost the entire sum wagered. Reiman won the sum of $1,814. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

582.    On 5/23/2010, Reiman and 1597 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 1436 persons lost the entire sum wagered. Reiman won the sum of $10,307. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

583.    On 5/24/2010, Reiman and 1132 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 1025 persons lost the entire sum wagered. Reiman won the sum of $32,291. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

584.     On 7/11/2010, Reiman and 6374 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 5875 persons lost the entire sum wagered. Reiman won the sum of $228,150. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Reiman, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

WHEREFORE, Plaintiff, Scott Crespo, requests that this Court enter judgment in his favor and against the members of Pokerhaus – Andy Seth, Mohsin Charania, Benjamin LeFew, Faraz Jaka, Ravi Raghavan, and Tyler Reiman -  jointly and severally, and award:

A.     Triple the amount of loss as determined under 720 ILCS 5/28-8(b);

B.     Any and all relief available under 720 ILCS 5/28-3;

C.     Any and all relief available under 720 ILCS 5/5-2 and specifically that defendants are jointly and severally liable and "accountable" under the statute;

D.     Court costs; and

E.     Any other relief that the Court deems just.

Respectfully Submitted,

/s/ Mark T. Lavery
Attorney for Plaintiff

Mark T. Lavery
733 S. Lee Street, Suite 150
Des Plaines, IL 60618
847-813-7771

## EXHIBIT A – THE POKERHAUS LOGO



**EXHIBIT B - PLAYER PROFILES**

**#1 07-25-06 02:07:17**

**The-Toilet**

**e = mc(jaka)**

From: the run good juice factory

Registered: 07-23-06

Posts: 3504

**The-Toilet**

Nickname / Screenames:

The-Toilet, (I am The-toilet 0 on stars and tilt)

Occupation:

Student (University of Illinois at Urbana Champaign)

For how long have you been playing poker?

2 and a half years

Variations of Poker:

Only NL and Limit Holdem for now.  I plan to branch out soon though

Poker Sites:

Absolute, Bodog, Full Tilt, Party Poker, Poker Stars, Ultimate Bet.

R.I.P. : Royal Vegas Poker :  My original and only true online home

Types:

NL Cash games, NL Multis, Limit Cash games , NL Sit n Goes

Stakes:

10/20 nl; 109- 1k mtt's ; 50/100 limit & 1k sng's

(havent done sngs or Limit in a while)

What kind of poker are you best at?

Multi Table Tournaments

Shorthanded No Limit hold'em (cash games) <---- Much Stronger at this Live than

Online

What would you do today if you didn't play poker?

Probably be a lot more invovled in the "business world" (maybe have started a business already), playing a lot more basketball, and playing more sports in general like i used to before poker took over)

Who did you hear about the pokerhaus from?

**#1 07-25-06 09:40:20**

**BKiCe**

**mama bear**



From: las vegas

Registered: 07-23-06

Posts: 6813

**BKiCe**

Name / Age / Hometown:

Andy Seth / 19 / Urbana, IL

Nickname / Screenames:

i C e, BKiCe, astros11ss

Occupation:

Student / Poker  (University of Illinois at Urbana Champaign)

For how long have you been playing poker?

8 months

Variations of Poker:

try to play all the games but am much better at nlhe and omaha 8 or better than any others

Poker Sites:

   Bodog BKiCe

   FullTiltPoker BKiCe

   ParadisePoker BKiCe

   PartyPoker BKiCe

   PokerRoom BeeKayiCe

   PokerStars BKiCe

   UltimateBet BKiCe

Types:

tournaments mostly (mtts, 9 man sngs, heads up sngs) with a little cash game action (mostly pot limit omaha 8 or better) here and there

Stakes:

mtts: $55+

9 man sngs: $109

heads up sngs: $55

cash game: usually 1/2 or 2/4 (200/400 max)

What kind of poker are you best at?

nlhe tournaments

What would you do today if you didn't play poker?

slang crack or get a wicked jump shot

who did you hear about the pokerhaus from?

this is a gay question... I AM the pokerhaus. and if you don't know, NOW YA KNOW.

**#1 08-16-06 12:42:30**

**Chong94**

**[x] can play great [ ] great player**



Registered: 08-02-06

Posts: 2459

**Chong94**

Name / Age / Hometown:

Ben LeFew/ 21 / Harvard/IL

Nickname / Screenames:

Chong94, Chong95

Occupation:

Student / Poker

For how long have you been playing poker?

As long as i can remember

Variations of Poker:

NL Hold'em, Limit Hold'em, 5-card draw, 7-card stud, tiny bit of Omaha hi/lo

Poker Sites:

all

Types: MTT's, Cash Games, sit'n'goes

Stakes:

MTT's- $20-$1500

Cash- $2-4NL, $ 15-30 limit


What kind of poker are you best at?

limit hold'em cash games


What would you do today if you didn't play poker?

probably watch law and order


Who did you hear about the pokerhaus from?  BKIce (Andy)

**EXHIBIT C – ANDY SETH'S FEATURE ON UB**

Webmail for andy seth

Message Contents

Delete Prev Next Reply/All Forward/Failure Open   20 of 21

https://mez.express.cites.uic.edu/mail/read.html/mh?=session&=Seeh2cac%20e63ed#f9b151da192869&af=e9550aesgh+x20be&to=user_aseth&ongopo+&refresh=1

Go to

To: aseth@umc.edu
Subject: Play against Phil Hellmuth on Sunday!
From: "UltimateBet Cardroom Manager" <cardroommanager_ub@play.ultimatebet.com>  Add To Address Book
Date: Sat 16 Sep 23:50:11 CDT 2006

*"To ensure that our e-mails successfully reach your inbox, please add cardroommanager_ub@play.ultimatebet.com to your safe sender list."*

ultimatebet.com
**SUNDAY'S $200,000 GUARANTEE!**

BriGe,

Ever wonder what it's like to play poker against 10-time WSOP bracelet winner, Phil Hellmuth, or WSOP Champion, Annie Duke? Well this Sunday, you can stop wondering because we're making it happen.

Join us for Sunday's $200,000 Guaranteed Event! On the line in this $200+15 tournament? $200,000 in cash. Guaranteed!

As if $200,000 isn't exciting enough, Phil Hellmuth and Annie Duke will be playing in the event. Knock one of them out and we'll give you your buy-in back PLUS an **Everything Phil** or **Everything Annie** prize package.

Every Sunday, crowds of UltimateBet players leave UltimateBet with enormous smiles on their faces. Why? Because of the enormous amounts of cash in their UltimateBet accounts. Our **Top 10 finishers** in last Sunday's tournament are listed below. Scroll down to find out how much money they took home - all for a few hours of play.



| Place | Player | Winnings | Place | Player | Winnings |
|-------|--------|----------|-------|--------|----------|
| 1st | CardiacStar | $45,000 | 6th | ArmyPenti | $9,000 |
| 2nd | BriGe | $27,000 | 7th | yellowhat | $7,000 |
| 3rd | itsmehacizoff | $18,500 | 8th | imsohudcy0 | $5,000 |
| 4th | beloga | $13,000 | 9th | WiscoMurray | $3,500 |
| 5th | josh.praeger | $11,000 | 10th | phatrocorder | $2,000 |

What's it like to be at the final table in UltimateBet's **BIG Sunday Event**? Just ask **BriGe** who finished nicely in last Sunday's tournament:

*"I was shortchanged for most of the final table, only to end up outlasting all but one and taking home $27,000. Never forget, all it takes is a chip and a chair."*

If you want a piece of next week's prize pool, open the game right now and claim your seat to Sunday's MASSIVE event. You can win your way there for as little as $6.50. Not too bad for the chance to walk away a whole lot richer.

See you online,

The UltimateBet Team

**Fine Print:** You are receiving this message because you are a member of UltimateBet. Don't want to receive future promotional emails from us? Click here to unsubscribe.

159