IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT CRESPO, | ) |
| | ) |
| Plaintiff, | ) Case Number: 10 C 6543 |
| | ) |
| v. | ) |
| | ) Judge Marovich |
| ANDY SETH, FARAZ JAKA, BENJAMIN LEFEW, MOHSIN CHARANIA, RAVI RAGHAVAN, and TYLER REIMAN, | ) |
| | ) |
| Defendants. | ) |

### **NOTICE OF FILING**

NOTICE:   Marc Zwillenger
Bart Huff
Zwillinger Genetski LLP
1705 N. Street, NW
Washington, D.C. 20036

    I, Mark Lavery, counsel for Plaintiff Crespo, filed a Second Amended Complaint on 01/28/2011.


\_\_/s/\_Mark\_Lavery_____
Mark Lavery

CERTIFICATE OF SERVICE

    I, Mark T. Lavery, attorney, under penalties of perjury, certify that I caused this motion to be served electronically on 01/28/2011.

                  Respectfully Submitted,
                  Plaintiff Crespo


                  \_\_/s/ Mark T. Lavery

Mark T. Lavery
733 Lee, Suite 150
Des Plaines, IL 60016
847-813-7771