Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5378, 10 C 5536, and 10 C 6543 | **DATE** | 6/29/2011 |
| **CASE TITLE** | Crespo v. Saul,  Crespo v. Zaucha et al, and Crespo v. Seth et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's agreed motion for entry of document preservation order doc. # 60 (Case No. 10 C 5378), doc. # 41 (Case No. 10 C 5536), and doc. # 41 (Case No. 10 C 6543),  is granted; no appearance on the motion is required. ENTER ORDER (attached).

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|